United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § § | |
| VS | § § | C.A. NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

**MARITIME ATTACHMENT AND GARNISHMENT
INTERROGATORIES PROPOUNDED TO AMFELS, INC.**

To:  AMFELS, Inc.,
     Through its registered agent for service,
     Mr. Frank Puglisi
     20000 S. Highway 48
     Brownsville, Texas 78521

Maritime Attachment and Garnishment Interrogatories to be answered by AMFELS, Inc. pursuant to Supplemental Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

1

718-01/54366

## INTERROGATORY NO. 1:

Do you serve as an agent for Perforadora Central, S.A. de C.V. ("Perforadora"), whether or not doing business under this name, as of the date of the subpoena, or have you done so within one year prior thereto?

## INTERROGATORY NO. 2:

If the answer to Interrogatory No. 1 is "yes", please state the business which you perform or have performed, the method by which you receive payment from Perforadora (including bank name corporation and account number), the method by which you paid Perforadora (including the name of the party to which payment was made and the bank in which checks were deposited), the amount and location of any money or other property you now owe or are holding for Perforadora, and any other information which you believe reasonably indicates that Perforadora has assets in the United States of America.

## INTERROGATORY NO. 3:

Do you, whether or not doing business under the name listed above, serve in any capacity whatsoever in which you hold money or other property which is owed to or beneficially or legally owned by Perforadora, whether or not doing business under this name, as of the date of the subpoena, or have you done so within one year prior thereto?

## INTERROGATORY NO. 4:

If the answer to Interrogatory No. 3 is "yes", please state the business which you perform or have performed, the method by which you receive payment from Perforadora (including bank name and account number), if any, the method by which you paid Perforadora (including the name of the

718-01/54366

party to which payment was made and the bank in which checks were deposited), the amount and location of any money or other property you now owe or are holding for Perforadora or any other information which you believe reasonably indicates that Perforadora has assets in the United States of America.

**INTERROGATORY NO. 5:**

Do you perform services for, or serve as an agent for, any entity which you know or have reason to believe is the agent for, representative of, or in any other way has a business relationship with Perforadora, as of the date of this subpoena, or have you done so within one year prior thereto?

**INTERROGATORY NO. 6:**

If the answer to Interrogatory No. 5 is "yes", please state the business which you perform or have performed, the method by which you receive payment from Perforadora (including bank name and account number), if any, the method by which you paid Perforadora (including the name of the party to which payment was made and the bank in which checks were deposited), the amount and location of any money or property you now owe or are holding for Perforadora and any other information which you believe reasonably indicates that Perforadora has assets in the United States of America.

**INTERROGATORY NO. 7:**

Do you have in your possession or under your custody or control any money, deposits, property, goods, chattels, accounts, effects and/or credits belonging to, claimed by, to become owing to, or to be paid for or on behalf of Perforadora?

**INTERROGATORY NO. 8:**

Do any of your affiliated companies have in their possession or under their custody or control any money, deposits, property, goods, chattels, accounts, effects and/or credits belonging to, claimed by, owing to, to become owing to, or to be paid for or on behalf of Perforadora?

**INTERROGATORY NO. 9:**

Describe fully and particularly what money, deposits, property, goods, chattels, accounts, credits and/or effects and the amounts thereof you or any of your affiliated companies have belonging to, due, to become due to, or to be paid for or on behalf of Perforadora?

**INTERROGATORY NO. 10:**

Are you or any of your affiliated companies a party to any contractual agreement or agreements or other arrangements whereby you or any of your affiliated companies are now or will become obligated to pay to or for or on behalf of Perforadora, or any agency, broker or representative of Perforadora, any sum of money or to deliver to or for or on their behalf any goods, chattels, credits or effects and, if so, please state the precise terms and conditions in which that obligation has arisen or will arise in the future and the exact nature of the obligation has arisen or will arise in the future and the exact nature of the obligation and amount of monies due to or to become due to or to be paid for or on behalf of Perforadora?

**INTERROGATORY NO. 11:**

Have you in your possession or under your control notes, drafts, deposits, checks, bills of lading, bills receivable, debts or causes of action or credits belonging to, claimed by, owing to or to become owing to Perforadora?

## INTERROGATORY NO. 12:

If your answer to the preceding interrogatory is in the affirmative, please state or describe fully and particularly the nature and the amounts thereof and the party or the parties obligated on said notes, drafts, deposits, checks, bills receivable, bills of lading, debts, causes of action or credits.

_____
MICHAEL H. BAGOT, JR., Attorney - In - Charge
Tex. Bar No. 1512520 (S.D. Tex. No. 13474)
THOMAS A. RAYER, JR.
La. Bar. No. 20581
**WAGNER & BAGOT, L.L.P.**
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana 70130-6105
Telephone: (504) 525-2141

AND

_____
ARTHUR L. SCHECHTER
Tex. Bar No. 17735000 (S.D. Tex. No. 1454)
MATTHEW D. SHAFFER
Tex. Bar No. 18085600 (S.D. Tex No. 8877)
DENNIS M. MCELWEE
Tex. Bar No. 13587820 (S.D. Tex. No. 7490)
**SCHECHTER, MCELWEE & SHAFFER, L.L.P.**
3200 Travis
Houston, Texas 77006
Telephone: (713) 524-3500

Attorneys for Submersible Systems, Inc.