THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

JAN 21 2003

Michael N. Milby
Clerk of Court

**HEARING**

CIVIL ACTION NO. B-03-020            DATE & TIME   1/21/03 @ 1:46 - 2:10 pm

SUBMERSIBLE SYSTEMS, INC.            PLAINTIFF'S
                                     COUNSEL
VS

PERFORADORA CENTRAL, S.A. DE C.V.    DEFENDANTS'
                                     COUNSEL

---

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard

Case is called on the docket. Attorneys Matthew D. Shaffer and Dennis McElwee present.

After hearing from attorneys, Court sets a bond in the amount of $5,000.00. Hearing is set for February 5, 2003 at 1:30 pm. Attorneys Shaffer and McElwee are responsible for informing all parties of said hearing.

Court is adjourned.