United States District Court
Southern District of Texas
FILED

JAN 2 1 2003

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § | |
| | § | |
| V. | § | CIVIL NO. B–03-020 |
| | § | |
| PERFORADORA CENTRAL, S.A. de C.V. | § | |

## ORDER GRANTING WRITS OF MARITIME ATTACHMENT AND GARNISHMENT

THIS MATTER CAME ON for an ex parte hearing upon the complaint of Submersible Systems, Inc., ("Submersible") against Perforadora Central, S.A., ("Perforadora") to: attach all known property belonging to Perforadora or any of its related entities including without limitation any property, cash, accounts, securities, contracts, investments, or any other assets, in which Perforadora or its related entities has any legal or beneficial interest located at or being held by Amfels, ("AMFELS") in the Brownsville Division of the Southern District of Texas, pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims.

Considering Submersible's Motion for Maritime Attachment and Garnishment, the Court, having reviewed the Verified Complaint, Verifications and Memorandum filed by Submersible, hereby determines that the requirements for Maritime Attachment and Garnishment appear to exist, and the Court, pursuant to Rule B of the Federal Rules of Civil Procedure Supplemental Rules for Certain Admiralty and Maritime Claims, hereby finds as follows:

1. On or about January 21, 2003, SSI filed a Verified Complaint against Perforadora alleging that Perforadora had wrongfully seized certain property owned by Submersible, with a value of approximately $300,000.00. Subersible also claims lost revenues exceeding $2,300,000.00. In addition, Submersible seeks punitive damages.

2. Submersible believes that Perforadora or its related entities may have property in the possession, custody or control of AMFELS within the Southern District of Texas. In connection with this property, Submersible believes that Perforadora or its related entities may have other assets, including funds being held in escrow on its behalf by AMFELS, for Perforadora or its related entities as security for the work being performed by AMFELS, for Perforadora or its related entities.

3. Submersible's Verified Complaint established a prima facie case for its right to recover on its claims against Perforadora.

In light of the above findings, it is therefore

ORDERED that the following property up to the amount of $4,250,000.00 belonging to or being held on behalf of Perforadora or its related entities, shall be attached, and shall not be moved or otherwise transferred without further order of this Court:

(A) Any and all property or assets up to the amount of $4,250,000.00, held by or on behalf of Perforadora or its related entities in the possession, custody or control of AMFELS including but not limited to the CENTRAL TONALA, funds held in escrow or any other type of account.

(B) Any property or assets up to the amount of $4,250,000.00 in the possession, custody or control of AMFELS held for the benefit of Perforadora or its related entities.

(C) Any and all accounts, deposits, funds, bonds, or any other type of asset up to the amount of $4,250,000.00 belonging to or being held on behalf of Perforadora or its entities, by AMFELS.

(D) This Order shall not prevent AMFELS, from completing any work on the CENTRAL TONALA (the rig contracted by Perforadora), or from moving it from one location to another within the shipyard, with the understanding that the CENTRAL TONALA cannot be removed from the shipyard without express written order from this Court.

ORDERED that the Clerk shall issue process of maritime attachment and garnishment as prayed for in the Verified Complaint:

ORDERED that any person claiming an interest in the property attached or garnished pursuant to said order shall appear for a Rule 16 Conference to be held in this matter at 1:30 p.m. on February 5, 2003. Plaintiff is to notify the defendant and its current or former lawyers of this

hearing and provide a copy of this Order as soon as practical.

It is further

ORDERED that a copy of this order be attached to and served with said process of maritime attachment and garnishment.

ORDERED that Submersible shall post a bond in the amount of five thousand dollars with the U.S. Marshals Service.

This 21st day of January, 2003.

_____
Honorable Andrew S. Hanen
United States District Judge