UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 0 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SUBMERSIBLE SYSTEMS, INC. § | |
| § | |
| VS. § | C. A. NO. B-03-020 |
| § | |
| PERFORADORA CENTRAL, S.A. de C.V. § | |

**NOTICE OF REPRESENTATION BY COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Keith N. Uhles, of the firm of Royston, Rayzor, Vickery & Williams, L.L.P., 55 Cove Circle, Brownsville, Texas 78530, telephone number (956) 542-4377, facsimile number (956) 542-4370, e-mail: keith.uhles@roystonlaw.com and gives notice to the Court that he is co-counsel in this matter for Defendant, Perforadora Central, S.A. de C.V. along with attorneys, James K. Irvin, Benjamin O. Schupp and Sergio J. Alarcon, all of whom are simultaneously filing Motions for Admission Pro Hac Vice in this matter.

Respectfully submitted,

_____
Keith N. Uhles
Texas Bar No. 20371100
Federal ID No. 1936
Attorney for Defendant,
**PERFORADORA CENTRAL, S.A. de C.V.**

Of COUNSEL:

Royston, Rayzor, Vickery & Williams, L.L.P
55 Cove Circle
P. O. Box 3509
Brownsville, Texas 78523-3509
Tel. (956) 542-4377
Fax. (956) 542-4370

50593:1046001.1:020403

## CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of February, 2003, a true and correct copy of the above and foregoing document has been forwarded to all counsel of record as follows:

Michael H. Bagot, Jr.  *Via Facsimile No. (504) 523-1587*
Thomas A. Rayer, Jr.
WAGNER & BAGOT, L.L.P.
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana 70130-6105

Arthur L. Schecter  *Via Facsimile No. (713) 751-0412*
Matthew D. Shaffer
Dennis M. McElwee
SCHECHTER, McELWEE & SHAFFER, L.L.P.
3200 Travis
Houston, Texas 77006

                                    _____
                                    OF ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.