UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § § | |
| VS | § § | C.A. NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. | § | |

## MOTION FOR ADMISSION PRO HAC VICE

NOW INTO COURT, through undersigned counsel, comes Defendant, Perforadora Central, S.A. de C.V., who moves for an order naming Sergio J. Alarcon *pro hac vice* to the Bar of this Court. Mr. Alarcon is an attorney of Milling Benson Woodward, L.L.P., located at 909 Poydras Street, Suite 2300, New Orleans, Louisiana, telephone number (504) 569-7000 and is licensed to practice and in good standing with the Louisiana State Bar Association, Bar No. 24740. He represents that he is admitted to practice before all Louisiana state courts and federal courts, as well as the United States Court of Appeals for the Fifth Circuit. He further represents that he is not now, and has never been, suspended from the practice of law in any court or jurisdiction.

Respectfully submitted,

/s/ Sergio J. Alarcon
James K. Irvin (LA Bar #7166)
Benjamin O. Schupp (LA Bar #21074)
Sergio J. Alarcon (LA Bar #24740)
MILLING BENSON WOODWARD, L.L.P.
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112
Telephone: (504) 569-7000

wp293541

## CERTIFICATE

**I HEREBY CERTIFY** that a copy of the foregoing Motion and Order for Admission Pro Hac Vice has been served upon all counsel of record by depositing same in the United States Mail, first class postage pre-paid and properly addressed, this 3rd day of February, 2003.

_____

## CERTIFICATE OF CONSULTATION

      Plaintiff's counsel was consulted on February 4, 2003 and is __not__ opposed to this motion. It is, therefore, **UNOPPOSED**.

                                        _____
                                          Keith N. Uhles