UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
**Filed**

FEB 0 4 2003

Michael N. Milby, Clerk of Court

| | |
|---|---|
| SUBMERSIBLE SYSTEMS, INC. § § | |
| VS § § § | C.A. NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. § | |

### MOTION FOR ADMISSION PRO HAC VICE

NOW INTO COURT, through undersigned counsel, comes Defendant, Perforadora Central, S.A. de C.V., who moves for an order naming James K. Irvin *pro hac vice* to the Bar of this Court. Mr. Irvin is an attorney of Milling Benson Woodward, L.L.P., located at 909 Poydras Street, Suite 2300, New Orleans, Louisiana, telephone number (504) 569-7000 and is licensed to practice and in good standing with the Louisiana State Bar Association, Bar No. 7166. He represents that he has been admitted to practice before all Louisiana, Rhode Island and Texas state courts, although he has been on inactive status in Rhode Island and Texas for several years. He is also admitted to practice in all federal courts sitting in Louisiana, as well as the United States Court of Appeals for the Fifth Circuit and the United States Supreme Court. He further represents that he is not now, and has never been, suspended from the practice of law in any court or jurisdiction.

Respectfully submitted,

_____
James K. Irvin (LA Bar #7166)
Benjamin O. Schupp (LA Bar #21074)
Sergio J. Alarcon (LA Bar #24740)
MILLING BENSON WOODWARD, L.L.P.
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112
Telephone: (504) 569-7000

## CERTIFICATE OF CONSULTATION

Plaintiff's counsel was consulted on February 4, 2003 and is _not_ opposed to this motion. It is, therefore, **UNOPPOSED**.

_____
Keith N. Uhles