UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 4 2003

Michael N. Milby
Clerk of Court

| | |
|---|---|
| SUBMERSIBLE SYSTEMS, INC. § | |
| § | |
| VS § | C.A. NO. B-03-020 |
| § | |
| PERFORADORA CENTRAL, S.A. de C.V. § | |

## MOTION FOR ADMISSION PRO HAC VICE

NOW INTO COURT, through undersigned counsel, comes Defendant, Perforadora Central, S.A. de C.V., who moves for an order naming Benjamin O. Schupp *pro hac vice* to the Bar of this Court. Mr. Schupp is an attorney of Milling Benson Woodward, L.L.P., located at 909 Poydras Street, Suite 2300, New Orleans, Louisiana, telephone number (504) 569-7000 and is licensed to practice and in good standing with the Louisiana State Bar Association, Bar No. 21074. He represents that he is admitted to practice before all Louisiana state courts and federal courts, as well as the United States Court of Appeals for the Fifth Circuit. He further represents that he is not now, and has never been, suspended from the practice of law in any court or jurisdiction.

Respectfully submitted,

_____
James K. Irvin (LA Bar #7166)
Benjamin O. Schupp (LA Bar #21074)
Sergio J. Alarcon (LA Bar #24740)
MILLING BENSON WOODWARD, L.L.P.
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112
Telephone: (504) 569-7000

wp293545

## **CERTIFICATE**

I HEREBY CERTIFY that a copy of the foregoing Motion and Order for Admission Pro Hac Vice has been served upon all counsel of record by depositing same in the United States Mail, first class postage pre-paid and properly addressed, this 3d day of February, 2003.

_____
Benjamin Schupp

## CERTIFICATE OF CONSULTATION

Plaintiff's counsel was consulted on February 4, 2003 and is _not_ opposed to this motion. It is, therefore, **UNOPPOSED**.

_____
Keith N. Uhles