United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

**HEARING**

CIVIL ACTION NO. B-03-020           DATE & TIME 2/5/03 @ 1:30 - 2:00 pm

SUBMERSIBLE SYSTEMS, INC.           PLAINTIFF'S  Michael Bagot, Jr.
                                    COUNSEL      Matt Schaffer
VS

PERFORADORA CENTRAL, S.A. DE C.V.   DEFENDANTS'  Keith Uhles
                                    COUNSEL      Ben Schupp & Sergio Alarcon

---

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:              D. Figueroa

Case is called on the docket. Michael Bagot, Jr. & Matthew D. Shaffer appeared for the Plaintiff. Keith Uhles, Ben Schupp & Sergio Alarcon appeared for the Defendant. Peter G. Myer appeared for U.S.A. Richard Stanford appeared for Amfels, Inc. Parties announced present and ready.

Attys Myer and Stanford inform the Court of their interests in the case.

Court allows Mr. Alarcon 60 days to file motions. Last order lets construction continue on the rig. Completion date of rig is January, 2004.

Trial will be set in December, 2003. Final Pretrial is set for December 4, 2003 @ 8:30 a.m.(date may change). Counsel to prepare their own scheduling order counting back from December 4, 2003. Agreed scheduling order to be due by December 14, 2003.

Joint Pretrial Order to be due by November 14, 2003 for court's consideration.

Court requests counsel any agreed order to be given to Attys Mayers and Stanford as it does affect their clients.

Any motion on forum non-conveniens to be filed by April 4, 2003. Follow timing as provided by the rules as far as responding to any motions.

Plaintiff's Certificate of Interested parties is presented to the Court.

Expert designations to follow the rules.

Court is adjourned.