

United States District Court
Southern District of Texas
FILED

FEB 0 5 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF TEXAS

# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § | |
| | § | |
| VS | § | C.A. NO. B-03-020 |
| | § | |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

## PLAINTIFF'S CERTIFICATE OF INTERESTED PARTIES

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Submersible Systems, Inc., plaintiff herein, who in accordance with the Court's Order files this Certificate of Interested Parties which lists any and all interested parties known at this time to have a financial interest in the outcome of this matter:

1. Submersible Systems, Inc. and its counsel of record, Michael H. Bagot, Jr., Thomas A. Rayer, Jr., Wagner & Bagot, L.L.P., 650 Poydras Street, Suite 2660, New Orleans, Louisiana 70130, Matthew D. Shaffer, Arthur L. Schecter and Dennis M. McElwee, Schecter, McElwee & Shaffer, L.L.P., 3200 Travis, Houston, Texas 77006.

2. Wolfgang and Terri Burnside.

3. Perforadora Central, S.A. de C.V. and its counsel of record James K. Irvin, Benjamin O. Schupp and Sergio Alarcon, Milling, Benson, Woodward, L.L.P., 909 Poydras Street, Suite 2300, New Orleans, Louisiana 70112-1010 and Keith N. Uhles, Royston Rayzor Vickery & Williams L.L.P., 55 Cove Circle, Brownsville, TX 78523-3509.

4. Grupo Industrial Atlantida, S.A. de. C.V.

5. AMEV Interlloyn Schadeverzekering N.V., Eagle Star Reinsurance Company, Ltd., Royal Nederland Schadeverzekering N.V., Sun Alliance Verzekering N.V., Schlencker Assuradeuren B.V. (as representative of the cargo pool 1997 (no. 617) formed by Guardian Royal Exchange Assurance PLC, Royal Nederland Verzekering Maatschappij N.V., Nationale - Nederlanden Schadeverzekering Mij N.V., Delta Lloyd Schadeverzekering N.V., Aegon Schadeverzekering N.V., Nieuwe Hollandse Lloyd Schadeverzekeringmij N.V., Eagle Star Reinsurance Company Ltd., AGF Marine Aviation Transport, Stad Rotterdam Anno 1720 N.V., UAP - Nieuw Rotterdam Schade N.V., GENERALI Schadeverzekeringmaatschappij N.V., AGF/de Schelde N.V, Neuchatel Swiss General Insurance Company Limited and SIAT Societa Italiana Assiscurazioni e Riassicurazioni SpA), Aegon Schadererzekering N.V. and Nationale Nederlanden Schadeverzekering Mij N.V.

Plaintiff is, at this time, unaware of any other parties with a financial interest in this litigation. However, if information becomes available that other entities related to defendant have a financial interest in this litigation, plaintiff will supplement this Certificate.

Respectfully submitted,

_____
MICHAEL H. BAGOT, JR., Attorney - In - Charge
Tex. Bar No. 1512520 (S.D. Tex. No. 13474)
THOMAS A. RAYER, JR.
La. Bar. No. 20581
**WAGNER & BAGOT, L.L.P.**
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana 70130-6105
Telephone: (504) 525-2141
Facsimile: (504) 523-1587

AND

MATTHEW D. SHAFFER
Tex. Bar No. 18085600 (S.D. Tex No. 8877)
ARTHUR L. SCHECTER
Tex. Bar No. 17735000 (S.D. Tex. No. 1454)
DENNIS M. MCELWEE
Tex. Bar No. 13587820 (S.D. Tex. No. 7490 )
**SCHECHTER, MCELWEE & SHAFFER, L.L.P.**
3200 Travis
Houston, Texas 77006
Telephone: (713) 524-3500
Facsimile: (713) 751-0412
Attorneys for Submersible Systems, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on this 5 day of February, 2003, a copy of the above and foregoing pleading has been sent to all counsel of record in this action, by placing same in the United States Mail, properly addressed and postage prepaid.

_____

718-01 58137