

United States District Court
Southern District of Texas
FILED

FEB 1 0 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § | |
| | § | |
| VS | § | C.A. NO. B-03-020 |
| | § | |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

## MOTION FOR ADMISSION PRO HAC VICE

NOW INTO COURT, through undersigned counsel, comes plaintiff, Submersible Systems, Inc., which moves for an order naming Thomas A. Rayer, Jr. *pro hac vice* to the Bar of this Court. Mr. Rayer is an attorney of Wagner & Bagot, L.L.P., located at 650 Poydras Street, Suite 2660, New Orleans, Louisiana 70130, telephone number (504) 525-2141 and is licensed to practice and in good standing with the Louisiana State Bar Association, Bar No. 20581. He represents that he is admitted to practice before all Louisiana state courts and federal courts, as well as the United States Court of Appeals for the Fifth Circuit. He further represents that he is not now, and has never been, suspended from the practice of law in any court or jurisdiction.

1

Respectfully submitted,

_____

MICHAEL H. BAGOT, JR., Attorney - In - Charge
Tex. Bar No. 1512520 (S.D. Tex. No. 13474)
THOMAS A. RAYER, JR.
La. Bar. No. 20581
**WAGNER & BAGOT, L.L.P.**
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana  70130-6105
Telephone:  (504) 525-2141
Facsimile:  (504) 523-1587

## CERTIFICATE OF SERVICE

I hereby certify that on this 6 day of February, 2003, a copy of the above and foregoing pleading has been sent to all counsel of record in this action, by placing same in the United States Mail, properly addressed and postage prepaid and/or telefax.

## CERTIFICATE OF CONSULTATION

Defendant's counsel was consulted on February 6, 2003 and is <u>not</u> opposed to this motion. It is therefore, UNOPPOSED.

2

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| **SUBMERSIBLE SYSTEMS, INC.** | § | |
| | § | |
| **VS** | § | **C.A. NO.  B-03-020** |
| | § | |
| **PERFORADORA CENTRAL, S.A. de C.V.** | § | **RULE 9(h) ADMIRALTY** |

<u>ORDER</u>

Upon consideration of the motion of plaintiff, Submersible Systems, Inc., and Thomas A. Rayer, Jr.,

**IT IS HEREBY ORDERED** that Thomas A. Rayer, Jr. is admitted to this Court *pro hac vice* and may appear herein as counsel for plaintiff, Submersible Systems, Inc.

Signed this _____ day of February, 2003.

_____
UNITED STATES DISTRICT JUDGE

718-01/58152