UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

FEB 11 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § § | |
| VS | § § | C.A. NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

### ANSWERS AND OBJECTIONS TO MARITIME ATTACHMENT AND GARNISHMENT INTERROGATORIES PROPOUNDED TO AMFELS, INC.

Comes now AMFELS, INC. ("AMFELS"), and files these its Answers and Objections to Maritime Attachment and Garnishment Interrogatories Propounded to AMFELS by Plaintiff SUBMERSIBLE SYSTEMS, INC. pursuant to Supplemental Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

**INTERROGATORY NO. 1:**

Do you serve as an agent for Perforadora Central, S.A. de C.V. ("Perforadora"), whether or not doing business under this name, as of the date of the subpoena, or have you done so within one year prior thereto?

ANSWER:

No.

**INTERROGATORY NO. 2:**

If the answer to Interrogatory No. 1 is "yes", please state the business which you perform or have performed, the method by which you receive payment from Perforadora (including bank

718-01/54366

name corporation and account number), the method by which you paid Perforadora (including the name of the party to which payment was made and the bank in which checks were deposited), the amount and location of any money or other property you now owe or are holding for Perforadora, and any other information which you believe reasonably indicates that Perforadora has assets in the United States of America.

ANSWER:

N/A

**INTERROGATORY NO. 3:**

Do you, whether or not doing business under the name listed above, serve in any capacity whatsoever in which you hold money or other property which is owed to or beneficially or legally owned by Perforadora, whether or not doing business under this name, as of the date of the subpoena, or have you done so within one year prior thereto?

OBJECTION:

AMFELS objects to any inquiries as to property held on any date other than the date and time of service of the Order of this Court Granting Writs of Maritime Attachment and Garnishment as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure.

ANSWER:

Subject to the foregoing Objection, yes.

**INTERROGATORY NO. 4:**

If the answer to Interrogatory No. 3 is "yes", please state the business which you perform or have performed, the method by which you receive payment from Perforadora (including bank

718-01/54366

name and account number), if any, the method by which you paid Perforadora (including the name of the party to which payment was made and the bank in which checks were deposited), the amount and location of any money or other property you now owe or are holding for Perforadora or any other information which you believe reasonably indicates that Perforadora has assets in the United States of America.

OBJECTION:

AMFELS objects to any inquiries as to property held on any date other than the date and time of service of the Order of this Court Granting Writs of Maritime Attachment and Garnishment as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure. AMFELS further objects to any inquiries as business preformed, method by which AMFELS receives payment from Perforadora (including bank name and account number), payments made to Perforadora, or any other information concerning assets of Perforadora in the United States of America as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure.

ANSWER:

Subject to the foregoing Objections, Perforadora's platform TONALA is currently under construction at AMFELS Inc.'s shipyard in Brownsville, Texas. Title to portions of the platform under construction have passed to Perforadora pursuant to the Amendment No. 3 dated June 25, 2002 to the Platform Construction Agreement dated December 20, 2001 between AMFELS, Inc. and Perforadora, as amended, which provides in Paragraph 9(a) as follows:

> "Notwithstanding anything to the contrary contained in the Contract, title to the

718-01/54366

> Platform and all work, materials, goods, and components, incorporated in, attached to, or intended to be incorporated in or attached to the hull or the Platform shall vest in Owner on the earlier of (i) when Owner makes the next installment payment required by the Contract to Builder following receipt of the materials, goods, or components or performance of the work by the Builder (such items are hereinafter called the "Equipment"), or (ii) when work is performed on any of the Equipment or materials, goods, or components are incorporated in or attached to any of the Equipment, whether or not such work, materials, goods, or components have been paid for by the Shipowner. Title to OFE paid for by the Owner shall be in the Owner."

Perforadora has also delivered or caused to be delivered certain pieces of owner furnished equipment to AMFELS' shipyard for incorporation in the rig, title to which remains in Perforadora. See the attached owner furnished equipment list.

### INTERROGATORY NO. 5:

Do you perform services for, or serve as an agent for, any entity which you know or have reason to believe is the agent for, representative of, or in any other way has a business relationship with Perforadora, as of the date of this subpoena, or have you done so within one year prior thereto?

ANSWER:

No.

### INTERROGATORY NO. 6:

If the answer to Interrogatory No. 5 is "yes", please state the business which you perform or have performed, the method by which you receive payment from Perforadora (including bank name and account number), if any, the method by which you paid Perforadora (including the name of the party to which payment was made and the bank in which checks were deposited), the amount and location of any money or property you now owe or are holding for Perforadora

718-01/54366

and any other information which you believe reasonably indicates that Perforadora has assets in the United States of America.

ANSWER:

N/A

**INTERROGATORY NO. 7:**

Do you have in your possession or under your custody or control any money, deposits, property, goods, chattels, accounts, effects and/or credits belonging to, claimed by, to become owing to, or to be paid for or on behalf of Perforadora?

OBJECTION:

AMFELS objects to any inquiries as to any items in the possession, custody, or control of AMFELS on any date other than the date and time of service of the Order of this Court Granting Writs of Maritime Attachment and Garnishment as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure.

ANSWER:

Subject to the foregoing Objection, yes. See Answers to Interrogatory Nos. 3 and 4.

**INTERROGATORY NO. 8:**

Do any of your affiliated companies have in their possession or under their custody or control any money, deposits, property, goods, chattels, accounts, effects and/or credits belonging to, claimed by, owing to, to become owing to, or to be paid for or on behalf of Perforadora?

OBJECTION:

AMFELS objects to any inquiries as to any items in the possession, custody, or control of

718-01/54366

affiliated companies of AMFELS as well as inquiries as to items on any date other than the date and time of service of the Order of this Court Granting Writs of Maritime Attachment and Garnishment as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure.

ANSWER:

Subject to the foregoing Objections, no.

**INTERROGATORY NO. 9:**

Describe fully and particularly what money, deposits, property, goods, chattels, accounts, credits and/or effects and the amounts thereof you or any of your affiliated companies have belonging to, due, to become due to, or to be paid for or on behalf of Perforadora?

OBJECTION:

AMFELS objects to any inquiries as to property held on any date other than the date and time of service of the Order of this Court Granting Writs of Maritime Attachment and Garnishment as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure. AMFELS further objects to any inquiries as to any items held by affiliated companies of AMFELS as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure.

ANSWER:

Subject to the foregoing Objections, see Answers to Interrogatory Nos. 4 and 8.

**INTERROGATORY NO. 10:**

Are you or any of your affiliated companies a party to any contractual agreement or

718-01/54366

agreements or other arrangements whereby you or any of your affiliated companies are now or will become obligated to pay to or for or on behalf of Perforadora, or any agency, broker or representative of Perforadora, any sum of money or to deliver to or for or on their behalf any goods, chattels, credits or effects and, if so, please state the precise terms and conditions in which that obligation has arisen or will arise in the future and the exact nature of the obligation has arisen or will arise in the future and the exact nature of the obligation and amount of monies due to or to become due to or to be paid for or on behalf of Perforadora?

OBJECTION:

AMFELS objects to any inquiries as to obligations to pay arising in the future or owing on any date other than the date and time of service of the Order of this Court Granting Writs of Maritime Attachment and Garnishment as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure. AMFELS further objects to any inquiries as to any obligations to pay by affiliated companies of AMFELS as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure.

ANSWER:

Subject to the foregoing Objections, yes. Pursuant to that certain Platform Construction Agreement between AMFELS, Inc. and Perforadora dated December 20, 2001, as amended, AMFELS is obligated to construct and deliver to Perforadora one mobile, self contained and elevating platform in accordance with the specifications to the contract for a contract price of $83,830,000.

718-01/54366

**INTERROGATORY NO. 11:**

Have you in your possession or under your control notes, drafts, deposits, checks, bills of lading, bills receivable, debts or causes of action or credits belonging to, claimed by, owing to or to become owing to Perforadora?

OBJECTION:

AMFELS objects to any inquiries as to any items in the possession or control of AMFELS or becoming owing on any date other than the date and time of service of the Order of this Court Granting Writs of Maritime Attachment and Garnishment as beyond the scope of garnishment interrogatories permitted under Rule B of the Supplemental Admiralty and Maritime Rules of the Federal Rules of Civil Procedure.

ANSWER:

Subject tot the foregoing Objection, no.

**INTERROGATORY NO. 12:**

If your answer to the preceding interrogatory is in the affirmative, please state or describe fully and particularly the nature and the amounts thereof and the party or the parties obligated on said notes, drafts, deposits, checks, bills receivable, bills of lading, debts, causes of action or credits.

ANSWER:

N/A

Respectfully submitted,

*[signature]*

RICHARD A. STANFORD
TBA NO. 19040200
FED. I.D. NO. 4942
5847 SAN FELIPE
SUITE 4600
HOUSTON, TEXAS 77057
TELEPHONE: (281) 493-4866
TELECOPIER: (281) 497-7519

ATTORNEYS FOR GARNISHEE AMFELS, INC.

## SWORN DECLARATION OF EDMUND MAH

My name is Edmund Mah. I am of sound mind, capable of making this declaration and have personal knowledge of the facts stated therein as I am the Vice President- Finance of AMFELS, INC.

I have reviewed the allegations set forth in the foregoing Answers and Objections to Maritime Attachment and Garnishment Interrogatories Propounded to AMFELS, Inc. The allegations contained in the foregoing Answers and Objections to Maritime Attachment and Garnishment Interrogatories Propounded to AMFELS, Inc. are true and correct.

PURSUANT TO 28 U.S.C. § 1746, I DECLARE (OR CERTIFY, VERIFY, OR STATE), UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

718-01/54366

EXECUTED ON FEBRUARY 11, 2003.

_____
Edmund Mah

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing pleading was forwarded to all counsel of record in accordance with the Federal Rules of Civil Procedure, by certified mail, return receipt requested, or by hand delivery on the _11th_ day of February, 2003.

_____
Richard A. Stanford

718-01/54366

**NATIONAL OILWELL**

Perforadora Central 3000
HP Jack Up OFF

## Mechanical Equipment

| Item | Subject | Vendor Promised Date | Equip. Received | Amfels Need Date | Amfels Revised Need Date | Service Need Date | Comments |
|---|---|---|---|---|---|---|---|
| 1 | Air Dryer-Airdyne | 15-Dec-02 | Received 12/11/02 | Dec-02 | | | |
| 2 | Air Reducer-Airdyne | 22-Nov-02 | Received 01/27/03 | Dec-02 | | | |
| 3 | BOP Handling Hoist | 28-Feb-03 | | Jan-03 | | | |
| 4 | Emergency Starting Air Compressor-Airdyne | 3-Apr-03 | | May-03 | May-03 | | |
| 5 | Service Air Compressor-Airdyne | 22-Nov-02 | Received 12/11/02 | Dec-02 | | | Awaiting FAT Test verification |
| 6 | Sequencing Panel-Airdyne | 22-Nov-02 | Received 12/11/02 | Dec-02 | | | Awaiting FAT Test verification |
| 7 & 7A | Caterpillar 3516B Generator Set 2150kW, 600V/3 Ph/60Hz w/ National Oilwell Gens | 30-Sep-02 | Received 09/04/02 | Jan-03 | | Aug./July (30) days prior to start-up | Documentation sent directly to Brownsville Per Paul, there was a problem with all engines, a credit will be issued |
| 7.1 | Caterpillar 3508 Emergency Gen set w/ National Oilwell Gens | 30-Apr-03 | | May-03 | May-03 | Aug./July (30) days prior to start-up | Per Paul - on Cat Approval Drawings? |
| 8 | 10,000# Rig Floor Winch-Airdyne | 3-Apr-03 | | May-03 | | | |
| 9 | Rig Floor Personnel Hoist-Airdyne | 30-Apr-03 | | May-03 | | | |
| 10 | Derrickman II Winch-Airdyne | 30-Apr-03 | | May-03 | | | |
| 11 | Texas Deck Winch-Airdyne | 30-Apr-03 | | May-03 | | | |
| 12 | Drill Stand Winch-Airdyne | 30-Apr-03 | | May-03 | | | |
| 13 | Main Deck Winch-Airdyne | 30-Apr-03 | | May-03 | | | |
| 13A | Wire Rope Spooled on Hand Winch | 3-Apr-03 | | May-03 | | | |
| 14 | Oily Water Separator-Specific Equipment | 22-Nov-02 | Received 11/23/02 | Oct-02 | | | |
| 15 | Raw Water Pump (Deep Well Pump) | 1-Apr-03 | | May-03 | Jun-03 | | (per vendor; change form (3) req pumps to (1) big pump |
| 16 | Sanitary Pressure Set | 2-Nov-02 | Received 11/27/02 | Nov-02 | | | |
| 17 | Potable Pressure Set | 2-Nov-02 | Received 11/27/02 | Nov-02 | | | |
| 18 | UV Liquid Purifier | 22-Nov-02 | Pending 1/27/03 | | | | |
| 19 | UV Purifier Pump | 28-Oct-02 | Received 10/25/02 | | | | |
| 20 | Sewage Treatment Plant (Omni-Pure) | 1-Oct-02 | Received 10/08/02 | Nov-02 | | | 1 of OPM + MRB incl. Within shipment - 5 of to me - all documentation delivered |

| Item | Subject | Vendor Promised Date | Equip. Received | Amfels Need Date | Amfels Revised Need Date | Service Need Date | Comments |
|---|---|---|---|---|---|---|---|
| 21 | Fuel Filter /Coalescer | | | | | | |
| 21.1 | Fuel Oil Purifier | 2-Nov-02 | Received 12/11/02 | Oct-02 | | | |
| 22 | Radiators for Engines | 1-Oct-02 | Received 10/04/02 | | | | |
| 23 | Surge Tanks-Hart Heat transfer | 15-Feb-03 | Received 01/23/03 | Mar-03 | | | |
| 24 | Trash Compactor-Dolphin | | | May-03 | | | |
| 25 | Food Grinder (Disposer Package) | | | | | | |
| 26 | Water Maker (RO Type) 15,000 GPD ea- | 29-Nov-02 | Received 12/11/02 | | | | |
| 27 | Pipe Tensioning Device-Chiles Design | | | | | | VO issued (needs)(c) |
| 28 | Welding Machine | 1-May-03 | | May-03 | May-03 | | cut sheets mailed, if deliver check w/Francisco (to be shipped Mar. 15, 2003) |
| 29 | Fuel Coolers/Heat Exchanger-Tranter | 30-Sep-02 | Received 09/29/02 | | | | documentation OK |
| **Drilling Equipment** | | | | | | | |
| 30 | 1500 CF Bulk Barite Tanks-Coastline | 24-Jan-03 | Ready to Ship | Jan-03 | Feb-03 | | |
| 31 | 1700 CF Bulk Cement-Coastline | 7-Feb-03 | | Jan-03 | Feb-03 | | |
| 3270 | CF Surge Tank | 1-Nov-02 | Received 11/13/02 | Jan-03 | Feb-03 | | |
| 33 | Misc. (4) Deltas, (3) Lateral's, (4) spools | 1-Nov-02 | Received 11/13/02 | Jan-03 | Feb-03 | | Per Gabe items received |
| 33a | Laterals (7) Flanges w/nipples (16) | 10-Dec-02 | Received 12/30/02 | Jan-03 | | | |
| 34 | Valves, Butterfly & Inline Check | 15-Jan-03 | | Jan-03 | Feb-03 | | VO 021 issued |
| 35 | Safety Relief Valves | 15-Jan-03 | | Jan-03 | Feb-03 | | VO 021 issued |
| 36 | Ball Valves | 15-Jan-03 | | Jan-03 | Feb-03 | | VO 021 issued |
| 37 | Pressure Gauge | 15-Jan-03 | | Jan-03 | Feb-03 | | VO 021 issued |
| 38 | Victaulic Coupling-5" & Groove Nipple (75) | 15-Jan-03 | | Jan-03 | Feb-03 | | VO 021 issued |
| 39 | Loading Std Assembly Inclusive of 2" Ball Valves | 15-Jan-03 | | Jan-03 | Feb-03 | | VO 021 issued |
| 40 | Purge Air Assembly Inclusive of 3" Check Valve | 15-Jan-03 | | Jan-03 | Feb-03 | | VO 021 issued |
| 41 | Victaulic Coupling 3" & Groove Nipple (75) | 15-Jan-03 | | Jan-03 | | | VO 021 issued |
| 41.a | Grooved Cap, 5" Fig 7074 (equal to style 60) | 15-Jan-03 | | Jan-03 | | | VO 028 issued |
| 41.b | Adapter Nipple 3" x 4" grv x bev. | 15-Jan-03 | | Jan-03 | Feb-03 | | VO 016 issued |
| 42 | BOP and Accessories | 1-Feb-03 | | Mar-03 | Aug-03 | | VO 016 issued |
| 42A | Drilling Spool - 13 5/8" 10,000# wp fig x fig | 1-Feb-03 | | Mar-03 | Feb-03 | | Check for Bolts Nuts RG |
| 42.1A | BOP Test Stumps, 13 5/8" 10K, 20-3/4" | 1-Feb-03 | | Mar-03 | Feb-03 | | |
| 42.1B | 20 3/4" Test Stump | | | | Jun-03 | | PO needs to be issued. PAUL? |
| 42.2 | Choke and Kill Valves-Quality Valve | 1-Feb-03 | | Mar-03 | Mar-03 | | need flanges |
| 43 | Choke & Kill Manifold H2S Service | | | Mar-03 | | | Ian to do the pannel |
| 44 | National Oilwell BOP Control Equipment | 28-Mar-03 | | | | | |

| Item | Subject | Vendor Promised Date | Equip. Received | Amfels Need Date | Amfels Revised Need Date | Service Need Date | Comments |
|---|---|---|---|---|---|---|---|
| 45 | Hydraulic Fluid - Mobile DTE Excel 32 | | | | | | VO 040 - Change type of Oil 1/6/03 |
| 46 | Drawworks 3000 HP & Accessories-NatOil | 1-Feb-03 | | | | | Rig Equipment's SO#SC2070301 |
| 47 | Wire Rope/Steel Reel Line 10,000 ft. for 1-5/8"-Union Wire Rope | | | | | | |
| 48 | Deadline Anchor - NatOil (National Model) | 1-Mar-03 | | | | | |
| 49 | Brakewater Cooling Unit - National Oilwell | 3-Jan-03 | Received 01/28/03 | Mar-03 | Mar-03 | | Rig Equipment SO#SC2080703  Dennis Cuku 780-944-6787  Canada |
| 50 | Derrick & accessories c/w crown block 1.5 million lbs., 170ft high 32 X 35 base -NatOil | 1-Feb-03 | Rcd(1&2)01/29/03 Rcd(3-6)01/30/03 | Mar-03 | Aug-03 | | Rig Equipment SO#SC2070201  Complete and Held at Galena Park |
| 50A | Vent line | | Held in Amfels | | | | Ok to invoice; need bolts and nuts |
| 51 | Diverter | 1-Mar-03 | | Mar-03 | | | |
| 52 | Diverter Spool | 1-Mar-03 | | Mar-03 | | | |
| 53 | Diverter Valve Assembly | 1-Mar-03 | | Mar-03 | Feb-03 | | |
| 54 | No Weld Adaptor (Dbl Studded Adptr.) | 1-Mar-03 | | Mar-03 | | | |
| 55- | Bell Nipple | 1-Mar-03 | | Mar-03 | | | |
| 55.4 | | | | | | | |
| 55.5 | Diverter Control Panel w/Electric Interface Remote & Battery Back Up see (44) | | | | | | |
| 56.18 | Smart Drilling Instrumentation (1) & Drillers | 28-Mar-03 | | Mar-03 | Jul-03 | | Ian to talk to Francisco |
| 56.2 | Cabin (1) - National Oilwell | | | | | | |
| 56.3 | Kinetic Energy Monitor System & Autodriller | 28-Mar-03 | | Mar-03 | | | |
| 56.4 | Preload Control & Bulk Weight Monitoring | 28-Mar-03 | | Mar-03 | | | Need to make drawings |
| 56.5 | Talk Back System | 28-Mar-03 | | Mar-03 | Aug-03 | | |
| 57 | Local Equipment Room (LER) | 28-Mar-03 | | Mar-03 | | | |
| 58 | Handling Tools & Equipment-Varco-BJ | | | appr. Oct/Nov/03 | | | Paul to Place Order in January |
| 59.1 | NatOil Hook Block | 1-Feb-03 | | 3/1/2003 (9-13) | | | |
| 60 | Mud (7500 psi WP) & Standpipe Manifold c/w pipe fittings, valves etc | 1-Feb-03 | | Mar-03 | Jul-03 | | Rig Equipment SO#CB2080701 |
| 59.2 | NatOil Refurbished P-650 Swivel | 1-Feb-03 | | Mar-03 | Jul-03 | | Rig Equipment SO#CB2080701 |
| 59.3 | Hex Kelly and Kelly Sub-5" | | | Mar-03 | Jul-03 | | |
| 59.4 | Upper & Lower Kelly Cock | | | Mar-03 | Jul-03 | | |
| 59.5 | Hex Kelly and Kelly Sub-3 1/2" | | | Mar-03 | May-03 | | |
| 59.6 | Lower Kelly Cock-3 1/2" | | | | | | |
| 61 | Agitators - National Oilwell | 15-Nov-02 | Received 09/09/02 | Sep-02 | | | |
| 62 | Agitators - National Oilwell | 15-Nov-02 | Received 09/09/02 | Sep-02 | | | |
| 63 | Agitators- National Oilwell | 15-Nov-02 | Received 09/09/02 | Sep-02 | | | |
| 64 | Shale Shakers - National Oilwell | 1-Feb-03 | Received 02/03/03 | Feb-03 | May-03 | | |
| 65 | Degasser -National Oilwell | 1-Feb-03 | Received 02/03/03 | Feb-03 | May-03 | | |
| 66 | Gumbo Scalper - National Oilwell | 1-Feb-03 | | Feb-03 | May-03 | | Bolts for Shaker Jacks req (4) 2 1/4" long |

| Item | Subject | Vendor Promised Date | Equip. Received | Amfels Need Date | Amfels Revised Need Date | Service Need Date | Comments |
|---|---|---|---|---|---|---|---|
| 66.1 | Flow divider - National Oilwell | 1-Feb-03 | | | | | |
| 66.2 | Bug Blower - National Oilwell | 1-Feb-03 | | May-03 | | | |
| 67 | Mud Conditioner 32 cone (Desilter) Natoil | 1-Feb-03 | | Feb-03 | May-03 | | |
| 68 | Mud Gas Separator (Poorboy Degasser) | 2-Nov-02 | Received 11/13/02 | Feb-03 | | | |
| 69 | Mud Conditioner (Desander) - NatOil | 1-Feb-03 | | Feb-03 | May-03 | | Per Mike Morgenthaler, CB2080701 (rig equip) |
| 70 | Trip Tank Pump - National Oilwell | 1-Feb-03 | Received 01/20/03 | Feb-03 | | | |
| 71 | Degasser Pump - National Oilwell | 1-Feb-03 | Received 01/20/03 | Feb-03 | | | |
| 72 | Mixing Pump - National Oilwell | 29-Nov-02 | Received 9/27/02 | Sep-02 | | | 5 OPM's shipped w/equipment |
| 73 | Supercharging Pump - National Oilwell | 29-Nov-02 | Received 9/27/02 | Sep-02 | | | |
| 74 | Brine Pump - National Oilwell | 29-Nov-02 | Received 9/27/02 | Sep-02 | | | |
| 75 | Desander pump - National Oilwell | 1-Feb-03 | Received 01/20/03 | Feb-03 | | | |
| 76 | Desilter pump - National Oilwell | 1-Feb-03 | Received 01/20/03 | Feb-03 | | | |
| 77 | Base Oil Pump - National Oilwell | 29-Nov-02 | Received 10/07/02 | Oct-02 | | | |
| 78 | Mud Gun Nozzles - Vortex | 28-Feb-03 | | Mar-03 | | | |
| 79 | Shear Mixer - 6" (Lobestar)-Vortex | 28-Feb-03 | | Mar-03 | | | |
| 80 | Mixmate - 100gal Tank-Vortex | 28-Feb-03 | | Mar-03 | | | |
| 81 | Dust Control - Surge Hopper-Vortex | 28-Feb-03 | | Mar-03 | | | |
| 83 | National Oilwell Rotary Table (Independent driven D-495 with No. 2 bowl complete, Master Bushing | 1-Feb-03 | | Mar-03 | | Mar-03 | Rig Equipment SO#CB2080702 |
| 84 | NatOil 14P220 Slush Pumps 2200 hp & accessories | 30-Sep-02 | Received 10/03/02 | Sep-02 | | | Documentation incl- 5 copies of OPM sent to AG |
| 85 | Universal Surveyor Wireline Unit #U25 Em | 15-Oct-03 | | Oct-03 | Aug-03 | | |
| 85.1 | Hardware for Burner Boom-Drilling & Production Resources | | | | | | Awaiting info. From PC |
| 86.1 | Top Drive-Power Swivel | 1-Jun-03 | | [redacted] | | | Rig Equipment SO#CB2080704 |
| 86.2 | Harness Type Service Loop | 1-Jun-03 | | | | | |
| 86.3 | Drillers Console | 28-Mar-03 | | | Aug-03 | | |
| 86.4 | Power Transfer (LER) | 28-Mar-03 | | | Aug-03 | | |
| 86.5 | Derrick Junction Box | 25-Jul-03 | | | | | |
| 86.6 | Regulated Field Supply | 30-Nov-02 | | | | | |
| 86.7 | Crown Alarm System | 28-Mar-03 | | | | | |
| 86.8 | 3 1/2" Drill Pipe Kit for use with PS2 650/650 Top Drive | 1-Mar-03 | | | | | Mickey Pierce 713-849-8030 |
| 86.9 | Rotating Side Skid | 1-Mar-03 | | | | | The decision was made to cancel this order, $2,279.00 will be charged for engineering work |
| 87 | Hydraulic Power Pack - National Oilwell | May-03 | | Jul-03 | | | |

| Item | Subject | Vendor Promised Date | Equip. Received | Amfels Need Date | Amfels Revised Need Date | Service Need Date | Comments |
|---|---|---|---|---|---|---|---|
| 87 | Hydraulic Power Pack | | | May-03 | | | |
| 88 | Rotating Mousehole Tool | 1-Feb-03 | | Mar-03 | | | |
| 89 | Spring Hanger and SL Elevator | 1-Feb-03 | | Mar-03 | | | |
| 90 | Ezy-Torque Type I Model E - Drilco | | | Mar-03 | | | VO-4301-022 issued |
| 90.2 | Drilco Ezy Torque - Hydraulic Cylinder | 15-Mar-03 | | | | | |
| 91 | Tools and Accessories-National Oilwell | | | | | | Clarifing items included w/ vendor 11/6/02 and VO to be written -- BP |
| 91.1 | 3 1/2" Single Joint Elevator | 1-Feb-03 | | Mar-03 | | | |
| 93 | Drill Line Spooler Kit | 1-Feb-03 | | | | | Need Drawing |
| **Piping** | | | | | | | |
| 94.1 | Pipes, fitting, valves & hoses-Wood Group Products | 15-Aug-02 | Received 08/19/02 | Aug-15-02 | | | |
| 94.2 | Line, high pressure mud line-Wood Group Products | 15-Aug-02 | Received 08/19/02 | Aug-15-02 | | | |
| 94.3 | High pressure mud line-Wood Group Products | 15-Aug-02 | Received 08/19/02 | Aug-15-02 | | | |
| 94.5 | Target Tee, Hammer, Union, Transition Spools & Wing-nut | 15-Aug-02 | Received 08/19/02 | Aug-15-02 | | | |
| 94.53 | Demco 2-1/16 7500 Gate Valves | | | | | | |
| 94.6 | Mud Valves | | | | | | |
| 94.7 | Take On Hoses, Interconnecting Hoses, Hi Pressure Hoses & Was Down Hoses-Phoenix Beattie | 15-Aug-02 | Received 08/19/02 | Aug-15-02 | | | new vendor |
| | | | | Jun-03 | Nov-03 | | [redacted] |
| **Outfitting Items** | | | | | | | |
| 95 | Equipment, Galley/Mess Room | 1-Mar-03 | | Apr-01-03 | | | Victor to issue e-mail |
| 95 | Soda Fountain and accessories - Manitowoc Beverage | 1-Apr-03 | Received 12/30/02 | Apr-03 | | | " |
| 96 | Hotel Items- such as silverware, dishes pot, pans, kitchen utensils, ash tray,blinds etc.-Gulf Sales & Supply | July 03/ sept/Oct-03 | | Jun-03 | | | Victor to issue e-mail |
| 97 b | Lifeboats 100 man-Alexander Ryan | | | Jun-03 | Sep-03 | | |
| 97.c | 6.55 "MAKO" Rescue Boat Diesel Jet | 15-May-03 | | Jun-03 | | | |
| 97.1-97.86 | Survival Equipment-Alexander Ryan | | | | | | |
| 98 | Cathodic Protection-Cathodic Protection Technoly | 30-Sep-02 | Received 08/29/02 | Oct-02 | | | 5 databooks received |
| 99 | Model 48 Kingpost Cranes -NatOil | | | | | | FAT CTF : (1) arriving late this wk; (2) arriving five wks after; (3) arriving in (10) wks |
| **Electrical Equipment** | | | | | | | |
| 100 | Fire Detection System & Alarm | May 1-03 | | Jun-03 | | | |
| 100-15 | Ngb-12Lx Addressable Manual Pull Station | | Received 11/6/02 | | | | 1 Item shipped to sample material |
| 100-16 | Sti-3150 Weather Stopper II | | Received 11/6/02 | | | | 1 Item shipped to sample material |
| 100-7 | FSI-751 Ionization Detector | | Received 11/6/02 | | | | 1 Item shipped to sample material |
| 100-8 | FSP-751 Photoelectric Detector | | Received 11/6/02 | | | | 1 Item shipped to sample material |
| 100-13 | B710-LB Detector Base | | Received 11/6/02 | | | | 1 Item shipped to sample material |

| Item | Subject | Vendor Promised Date | Equip. Received | Amfels Need Date | Amfels Revised Need Date | Service Need Date | Comments |
|---|---|---|---|---|---|---|---|
| 100-9 | AFB-1 LCD-80 Back Box - ABF-10B | | Received 11/8/02 | | | | 1 Item shipped to sample material |
| 100-14 | P2475 Horn/Strobe | | Received 11/8/02 | | | | 1 Item shipped to sample material |
| 100-17 | FMM-101 Monitor Module | | Received 11/8/02 | | | | 1 Item shipped to sample material |
| 100-18 | FCM-1 Control Module | | Received 11/8/02 | | | | 1 Item shipped to sample material |
| 100-19 | ISO-X Isolation Module | | Received 11/8/02 | | | | 1 Item shipped to sample material |
| 100.1-100.5 | Lighting - Derrick-LSI Specialty Electric | 15-Jan-03 | | Mar-03 | | | Get info on new fixtures |
| 101 | DC Power & Control Cables for Drilling Equip. | | | Oct-02 | Jul-03 | | Balance - 3078 ft |
| 101 | Power Cable - 777MCM 1Cond cable | Nov-7-02 | Received 12/10/02 Received 12/30/02 | Oct-02 | | | 6,922 ft shipped 12/10/02 and 12/11/02 2,930 ft shipped 12/30/02 - short 148ft |
| 101-2 | Cable - S670T-12-62x Chromatic Tech (4600 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-3 | Cable - Sp2kV-HD 4/0 1C 4/O (400 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-4 | Cable - C16PN-6 6C 16 AWG (1750 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-5 | Cable - C14PN37 37C 14 AWG (3800 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-6 | Cable - FPN-8 4C 8AWG (540 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-7 | Cable - C10PN-4 4C 10AWG (200 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-8 | Cable - C14PN-3 3C 14AWG (1750 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-9 | Cable - C12PN-2 2C 12AWG (3500 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-10 | Cable - C12PN-4 4C 12AWG (1000 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-11 | Cable - C12PN-3 3C 12AWG (3300 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-12 | Cable - C12PN-10 10C 12AWG (50 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-13 | Cable - C12PN-20 20C 12AWG (1800 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-14 | Cable - TP I/S 16PN-12 12PR 16AWG Non (70 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-15 | Cable - TP I/S 16PN-10 10 16AWG (350 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-16 | Cable - TP I/S 16PN-6 6PR 16AWG I/S Blue (70 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-17 | Cable - TP I/S 16PN6 6PR 16AWG Non-IS (570 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-18 | Cable - TP I/S 16PN4 4PR 16AWG (140 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-19 | Cable - TP I/S 16PN4 4PR 16AWG Non-IS (2300 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-20 | Cable - TP I/S 16PN2 2PR 16AWG IS (150ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-21 | Cable - TP I/S 16PN2 2PR 16AWG Non-IS (3900 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-22 | Cable - TP I/S16PN-1 1PR 16AWG IS (3700 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-23 | Cable-TP I/S16PN-1 1PR 16AWG Non-IS (24,600ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-24 | Cable C16PN-10 10C 16AWG Non-IS (70 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-25 | Cable C16PN-10 10C 16AWG IS (70 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-26 | Cable C16PN-12 12C 16AWG (345 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-27 | Cable C16PN-16 16C 16AWG (1050 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-28 | Cable C16PN-2 2C16AWG (690 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-29 | Cable DPN-6 2C 6AWG (140 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-30 | Cable TP I/S 16PN-20 20PR 16AWG (115 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-31 | Cable TP I/S 14PN-2 2PR 14AWG IS (200 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-32 | Cable TP I/S 16PN-3 3PR 16AWG IS Non-IS (340ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-33 | Cable FPN-6 4C 6AWG (140 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-34 | Cable C14PN-6 5C 14AWG (200 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101-35 | Cable 1pair 22AWG 300V, 75°C Foil Shield (830 ft) | 31-Jan-03 | | Jan-03 | | | |
| 101.1 | DC Power & Control Cable | | | Oct-02 | | | |
| 101.2 | DC Cable & Accessories | | | Oct-02 | | | |

| Item | Subject | Vendor Promised Date | Equip. Received | Amfels Need Date | Amfels Revised Need Date | Service Need Date | Comments |
|---|---|---|---|---|---|---|---|
| 102 | PA & General Alarm System | May 1-03 | | Jun-03 | | | |
| 103 | NAVTEX Receiver/Recorder | 15-May-03 | | Jun-03 | | | |
| 104 | JOTRON Search and Rescue Transponders | 15-May-03 | | Jun-03 | | | |
| 105 | JOTRON - EPIRB w/lithium battery- | 15-May-03 | | Jun-03 | | | |
| 106 | VHF/FM Radios for Off. Rig Mgr Off Galley- | 15-May-03 | | Jun-03 | | | |
| 107 | Special Hands Free VHF/FM Radios for Cranes | 28-Feb-03 | | Jun-03 | | | |
| 108 | Main Station GMDSS Communications-Radio Holland | 15-May-03 | | Jun-03 | | | |
| 109 | Additional Station-Radio Holland | 15-May-03 | | Jun-03 | | | |
| 110 | VHF GMDSS Compliant Lifeboat Portable Hand Held Radios-Radio Holland | 15-May-03 | | Jun-03 | | | |
| 111 | Portable VHF Marine Transceivers-Radio Holland | 28-Feb-03 | | Jun-03 | | | |
| 112 | Fixed VHF Air Band Transceiver-Radio Holland | 15-May-03 | | Jun-03 | | | |
| 113 | Portable VHF Air Transceiver-Radio Holland | 15-May-03 | | Jun-03 | | | |
| 114 | Natoil MCC's Double, 480V swbd Cubicle, SCR/Gen drive Transformers 1005-0011-00) | 31-Dec-02 | Received 12/19/02 | Oct-02 | | | Has all of this shipped? |
| 114 | Natoil SCR System & Access (2 Transformers #1625-03 and 6 | 30-Nov-02 | Shipped 11/14/02 | Oct-02 | | | |
| 115 | Meteorological Model WLS-8000 Digital Computer Weather Logging Station | | | | | | VO 039 |