United States District Court
Southern District of Texas
ENTERED

FEB 26 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| SUBMERSIBLE SYSTEMS, INC. | § | |
|---|---|---|
| | § | |
| VS | § | C.A. NO. B-03-020 |
| | § | |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

### ORDER

Upon consideration of the motion of plaintiff, Submersible Systems, Inc., and Thomas A. Rayer, Jr.,

**IT IS HEREBY ORDERED** that Thomas A. Rayer, Jr. is admitted to this Court *pro hac vice* and may appear herein as counsel for plaintiff, Submersible Systems, Inc.

Signed this 26th day of February, 2003.

_____
UNITED STATES DISTRICT JUDGE

718-01/58152