United States District Court
Southern District of Texas
ENTERED

MAR 21 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § | |
| | § | |
| VS | § | C.A. NO. B-03-020 |
| | § | |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

### AGREED DOCKET CONTROL ORDER

1. April 4, 2003     Forum Non Conveniens Motion

2. June 4, 2003     Amendments to Pleadings

3. August 4, 2003     **Joint Submission of Agreed Mediator** must be filed by this date.

4. September 4, 2003     **Plaintiff's Experts** will be designated in accordance with Rule 26(b), FRCP by this date and reports (except medical reports which can be obtained otherwise), shall be tendered. No additional experts will be permitted to testify except for good cause shown.

5. October 4, 2003     **Defendant's Experts** will be designated in accordance with Rule 26(b), FRCP by this date and reports (except I.M.E. reports which can also be obtained otherwise), shall be tendered. No additional experts will be permitted to testify except for good cause shown.

6.  November 4, 2003    **Discovery** should be completed by this date. Counsel may, by agreement, continue discovery beyond the deadlines, but there will be no intervention by the Court, without a showing of extreme prejudice. No trial setting will be vacated because of information acquired in post-deadline discovery.

7.  November 18, 2003   **Filing Motions in Limine** All motions in limine regarding the admissibility of expert testimony, shall be filed and served on this date. Any motions filed in violation of this order shall be deemed waived unless good cause is shown. All other motions in limine shall be allowed to be filed up to the time of trial or as otherwise ordered by the Court.

8.  November 21, 2003   **Signed Joint Pre-Trial Order** (ORIGINAL AND ONE(1) COPY) with exhibit lists, which conforms to the format set forth in Appendix B of the local rules.

9.  December 4, 2003    **Pre-Trial Conference** at 12:30 p.m., before the Court. Limine matters will be addressed at this conference.

10. ~~_____~~       **Non-Jury Trial Date:** ~~Counsel MUST be prepared for trial at 8:30 a.m., on this date before the District Court.~~ Date to be set at the hearing on December 4, 2003. *(ASH)*

## NOTICE

**Failure to comply with this order will result in sanctions pursuant to Fed. R. Civ. P. 16(f).**

Done at Brownsville, Texas, this 20th day of ~~February~~ March, 2003.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

AGREED:

_____
MICHAEL H. BAGOT, JR., — with permission
Attorney - In - Charge
Tex. Bar No. 1512520 (S.D. Tex. No. 13474)
THOMAS A. RAYER, JR. (La. Bar No. 20581)
**WAGNER & BAGOT, L.L.P.**
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana 70130-6105
Telephone: (504) 525-2141

AND

ARTHUR L. SCHECTER
Tex. Bar No. 17735000 (S.D. Tex. No. 1454)
MATTHEW D. SHAFFER
Tex. Bar No. 18085600 (S.D. Tex No. 8877)
DENNIS M. MCELWEE
Tex. Bar No. 13587820 (S.D. Tex. No.7490 )
**SCHECHTER, MCELWEE &
    SHAFFER, L.L.P.**
3200 Travis
Houston, Texas 77006
Telephone: (713) 524-3500

**Counsel for Submersible Systems, Inc.**

AND

_____
JAMES K. IRWIN (La. Bar No. 7166)
BENJAMIN O. SCHUPP (La. Bar No. 21074)
SERGIO J. ALARCON (La. Bar No. 24740)
**MILLING BENSON WOODWARD, L.L.P.**
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112
Telephone (504) 569-7000

AND

KEITH N. UHLES
Tex Bar No. 20371100 (S.D. Tex. No. 1936)
**ROYSTON, RAYZOR, VICKERY &
WILLIAMS, L.L.P.**
55 Cove Circle
P.O. Box 3509
Brownsville, Texas 78523-3509
Telephone: (956) 542-4377

**Counsel for Perforadora Central, S.A. de C.V.**

718-01/58195

5