United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

23

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. B-03-020 |
| | * | |
| PERFORADORA CENTRAL, S.A. de C.V. | * | RULE 9(h) ADMIRALTY |

NOTICE OF INTENT TO RAISE ISSUE
CONCERNING FOREIGN LAW PURSUANT TO FED. R. CIV. P. 44.1

To:  Submersible Systems, Inc.
     Through its Attorneys
     Michael H. Bagot, Jr., Esq. and
     Thomas A. Rayer, Jr., Esq.
     Wagner & Bagot
     Poydras Center, Suite 2660
     650 Poydras Center
     New Orleans, Louisiana 70130-6105

Perforadora Central, S.A. de C.V., through its counsel of record Sergio J. Alarcon, hereby gives notice that in the above-numbered and entitled action, it proposes to raise issues of foreign law and that it intends to rely upon the law of Mexico in support of its motions and, in the event it files an answer and cross claim, then Perforadora Central intends to rely on various provisions of Mexican law in its answer and cross claim.

This certificate is filed pursuant to the requirements of FRCP Rule 44.1, and is filed with full reservation of all defenses, including those raised in its pending motions to dismiss or transfer for reasons of *forum non conveniens*.

April 4, 2003.

         Respectfully submitted,

         _____
         KEITH UHLES (Texas BN #20371100)
         Federal ID No. 1936
         Royston Rayzor Vickery & Williams L.L.P.
         55 Cove Circle
         Brownsville, TX 78523-3509

OF COUNSEL:    JAMES K. IRVIN (#7166)
MILLING BENSON   BENJAMIN O. SCHUPP(PHV No. 41996) (LA #21074)
 WOODWARD, L.L.P. SERGIO ALARCON(PHV No. 41997)(LA #24740)
         909 Poydras Street, Suite 2300
         New Orleans, LA 70112-1010
         Telephone:(504) 569-7000
         Facsimile:(504) 569-7001
         Attorneys for Perforadora Central, S.A. de C.V.

### CERTIFICATE OF SERVICE

  I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by hand delivery, facsimile or depositing same, postage prepaid and properly addressed, in the United States mail, this _____ day of April, 2003.

         _____
         Of Royston, Rayzor, Vickery & Williams, L.L.P.

wp295690