United States District Court
Southern District of Texas
FILED

APR 0 4 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. B-03-020 |
| | * | |
| PERFORADORA CENTRAL, S.A. de C.V. | * | RULE 9(h) ADMIRALTY |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## MOTION FOR LEAVE TO FILE A
## MEMORANDUM IN EXCESS OF TWENTY PAGES

Defendant Perforadora Central, S.A. de C.V. moves this Court for an order permitting it to file the attached memorandum in support of its motion to dismiss for *forum non conveniens* in excess of twenty pages on the grounds that the facts of this case are complex, the case involves issues of Mexican law and procedure and the analysis required to decide a *forum non conveniens* motion is such that more than twenty pages are necessary to a full explication of defendant's position that dismissal on grounds of *forum non conveniens* should be granted. In accordance with the Court's requirements, the memorandum contains a table of contents and index of authorities cited.

Respectfully submitted,

OF COUNSEL:

ROYSTON RAYZOR VICKERY
   & WILLIAMS L.L.P.

KEITH UHLES (#Texas BN 20371100
Federal ID No. 1936
55 Cove Circle
Brownsville, TX 78523-3509
Telephone: (956) 542-4377
Facsimile: (956) 542-4370

| | |
|---|---|
| MILLING BENSON WOODWARD L.L.P. | JAMES K. IRVIN (#7166)<br>BENJAMIN O. SCHUPP (#21074)<br>SERGIO J. ALARCON (#24740)<br>909 Poydras Street, Suite 2300<br>New Orleans, LA 70112-1010<br>Telephone: (504) 569-7000<br>Facsimile: (504) 569-7001<br><br>Attorneys for Perforadora Central S.A. de C.V. |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Motion for Leave to File a Memorandum in Excess of Twenty Pages has been served upon all counsel of record by United States Mail, postage prepaid and properly addressed, this 4th day of April, 2003.

wp296497(81928)

2

## CERTIFICATE OF CONSULTATION

Plaintiff's counsel was consulted on April 4, 2003 and is _not_ opposed to this motion. It is, therefore, **UNOPPOSED**.

_____
Keith N. Uhles