27

United States District Court
Southern District of Texas
FILED

APR 2 3 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

## BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § § | |
| VS | § § | C.A. NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

### MOTION FOR LEAVE TO FILE RESPONSE IN EXCESS OF TWENTY PAGES

Plaintiff, Submersible Systems, Inc., moves this Court for an order permitting it to file the attached Response which exceeds twenty-pages in reply to Perforadora Central, S.A. de C.V.'s Motion to Dismiss on Ground of *Forum Non Conveniens*. This case involves a number of issues, and Submersible believes that the attached Response is necessary to fully explain its position and to respond to Perforadora's thirty page brief in support of its motion.

Undersigned counsel has conferred with Sergio Alarcon, counsel for Perforadora, who advises that he has no objection to this motion.

Respectfully submitted,

_____
MICHAEL H. BAGOT, JR., Attorney - In - Charge
Tex. Bar No. 1512520 (S.D. Tex. No. 13474)
THOMAS A. RAYER, JR.
La. Bar. No. 20581
**WAGNER & BAGOT, L.L.P.**
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana 70130-6105
Telephone: (504) 525-2141
Facsimile: (504) 523-1587

## CERTIFICATE OF SERVICE

I hereby certify that on this 22 day of April, 2003, a copy of the above and foregoing pleading has been sent to all counsel of record in this action, by Federal Express and by hand.

_____

## CERTIFICATE OF CONSULTATION

Defendant's counsel was consulted on April 22, 2003 and is not opposed to this motion. It is therefore, UNOPPOSED.

_____

2