29

United States District Court
Southern District of Texas
FILED

MAY 0 9 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-03-020 |
| | § | |
| PERFORADORA CENTRAL, | § | RULE 9(h) ADMIRALTY |
| S.A. de C.V., | § | |
| | § | |
| Defendant. | § | |

**THE GOVERNMENT OF MEXICO'S
MOTION FOR LEAVE TO FILE AMICUS BRIEF**

The Government of the United Mexican States ("Mexican Government") through the Secretariat of Foreign Affairs moves this Court for leave to file an amicus brief addressing the issues of choice of law and *forum non conveniens* in this case.

This lawsuit involves a tort claim against a Mexican company headquartered in Mexico City, Mexico, and doing business almost exclusively in Mexico. The claim arises out of work conducted solely in Mexico, and it involves an alleged tort that occurred entirely in Mexico. Despite these overwhelming connections with Mexico, the Plaintiff has brought this suit in a United States court and seeks to apply United States law to its claims.

Because this suit directly affects a Mexican citizen and business and because the suit may set an important precedent for other Mexican citizens and businesses, the Mexican Government has an interest in this case and seeks leave to file an

amicus curiae brief in this suit.  In particular, the Mexican Government proposes to address the issues of choice of law and *forum non conveniens*--issues raised at the outset of this case and central to its disposition.  These issues have been recently submitted to the Court for resolution by the Defendant Perforadora Central  in a Notice of Intent to Raise Issue Concerning Foreign Law Pursuant to Fed. R. Civ. P. 44.1 and a Motion to Dismiss on the Ground of *Forum Non Conveniens*.

The Mexican Government is particularly well suited to assist this Court in understanding Mexican law and procedures and  their application to the facts of this case. It can also assist this Court in applying the doctrine of *forum non conveniens*. That doctrine requires an inquiry into a number of factors, including the adequacy and availability of an alternative Mexican forum and an evaluation of public and private interests.  The Mexican Government is certainly in a position to assist this Court with the evaluation of Mexican forums and the public interests, and can also assist with the evaluation of the public policy and international concerns that arise in applying the *forum non conveniens* doctrine to the facts of this case.

Consequently, the Mexican Government requests that it be granted leave to file an amicus brief in this case.  In addition, to allow adequate time for the preparation of the brief, the Mexican Government requests that it be allowed 30 days to submit the brief after the Court enters an order granting leave to file the brief.

Nothing contained in this motion shall be construed as a waiver of the immunities to which Mexico is entitled under international law, the Foreign Sovereign

Immunities Act, and any treaty-based immunity. This filing of this motion shall not imply or confer a submission by Mexico to the jurisdiction of any United States Court.

Respectfully submitted,

Kenneth G. Engerrand
Attorney-in-charge
Texas State Bar No. 06619500
Southern District of Texas Bar No. 2078
Michael A. Varner
Texas State Bar No. 20499425
Southern District of Texas Bar No. 15111
Tenth Floor
1177 West Loop South
Houston, Texas 77027-9007
OF COUNSEL:                               (713) 629-1580
BROWN SIMS, P.C.                          (713) 629-5027 (facsimile)

ATTORNEYS FOR THE GOVERNMENT OF THE UNITED MEXICAN STATES, AMICUS CURIAE

## CERTIFICATE OF CONFERENCE

I certify that I conferred with the attorneys for the Plaintiff, the attorneys for the Defendant, and the attorney for the Garnishee about the filing of this motion. Although the attorneys for the Defendant and the attorney for the Garnishee are unopposed to the motion, the attorneys for the Plaintiff could not agree on the disposition of the motion.

Michael A. Varner

3

## CERTIFICATE OF SERVICE

I certify that on May 8, 2003, an accurate copy of this Motion for Leave to File Amicus Brief was served on the following counsel by certified mail, return receipt requested:

Michael H. Bagot, Jr.
Thomas A. Rayer, Jr.
Wagner & Bagot, L.L.P.
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana 70130-6105

Keith N. Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
P.O. Box 3509
Brownsville, Texas 78523-3509

Benjamin O. Schupp
Sergio J. Alarcon
Milling Benson Woodward L.L.P.
909 Poydras Street, Suite 2300
New Orleans, Louisiana 70112-1010

Richard A. Stanford
Stanford Law Firm
P.O. Box 42430
Houston, Texas 77242-2430


Kenneth G. Engerrand

4