UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 1 3 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC., | § § § § | |
| Plaintiff, | | |
| v. | § § § | CIVIL ACTION NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V., | § § § § | RULE 9(h) ADMIRALTY |
| Defendant. | § | |

### ORDER GRANTING LEAVE TO FILE AN AMICUS BRIEF

It is ORDERED that the Government of the United Mexican States is hereby granted leave to file an amicus curiae brief. The brief is to be filed no later than 30 days after the entry of this Order.

Signed on ___May 12th___, 2003 in Brownsville, Texas.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND ENTRY REQUESTED:

BROWN SIMS, P.C.

By: _____
Kenneth G. Engerrand
Attorney-in-charge
Texas State Bar No. 06619500
Southern District of Texas Bar No. 2078
Michael A. Varner
Texas State Bar No. 20499425
Southern District of Texas Bar No. 15111
1177 West Loop South, Tenth Floor
Houston, Texas 77027-9007
(713) 629-1580
(713) 629-5027 (facsimile)

ATTORNEYS FOR THE GOVERNMENT OF
THE UNITED MEXICAN STATES, AMICUS CURIAE