United States District Court
Southern District of Texas
FILED

MAY 1 2 2003

Michael N. Milby
Clerk of Court

32

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. B-03-020 |
| | * | |
| PERFORADORA CENTRAL, S.A. de C.V. | * | RULE 9(h) ADMIRALTY |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE REPLY MEMORANDUM

Defendant Perforadora Central S.A. de C.V. ("Perforadora") moves the Court for leave to file the attached Reply Memorandum in Support of its Motion to Dismiss for *Forum Non Conveniens*. As grounds for this motion, Perforadora states as follows: Perforadora needs to reply to several of the arguments made in Submersible Systems Inc.'s Response; Perforadora understands that the Government of Mexico intends to file an amicus brief raising public international law concerns about the pendency of this case in this Court, and Perforadora believes it is appropriate to comment on such considerations in connection with its pending Motion to Dismiss for *Forum Non Conveniens*; and counsel for plaintiff Submersible Systems, Inc. has stated that he has no objection to Perforadora's filing a reply brief.

| | |
|---|---|
| OF COUNSEL: | Respectfully submitted, *[signature]* |
| ROYSTON RAYZOR VICKERY & WILLIAMS L.L.P. | KEITH UHLES (Tex Bar No. 20371100)<br>(S.D. Tex. No. 1936)<br>55 Cove Circle<br>Brownsville, TX 78523-3509<br>Telephone: (956) 542-4377<br>Facsimile: (956) 542-4370 |
| MILLING BENSON WOODWARD L.L.P. | JAMES K. IRVIN (#7166)<br>BENJAMIN O. SCHUPP (#21074)<br>SERGIO J. ALARCON (#24740)<br>909 Poydras Street, Suite 2300<br>New Orleans, LA 70112-1010<br>Telephone: (504) 569-7000<br>Facsimile: (504) 569-7001<br><br>Attorneys for Perforadora Central S.A. de C.V. |

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing **Motion for Leave to File Reply Memorandum** has been served upon all counsel of record by depositing same in the United States Mail, first class postage prepaid and properly addressed, this 12th day of May, 2003.

*[signature]*

/wp300361(.81928)

## CERTIFICATE OF CONSULTATION

Plaintiff's counsel was consulted on May /2th/ 2003 and is _not_ opposed to this motion. It is, therefore, **UNOPPOSED**.

_____
Keith N. Uhles