UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. B-03-020 |
| | * | |
| PERFORADORA CENTRAL, S.A. de C.V. | * | RULE 9(h) ADMIRALTY |

**ORDER GRANTING MOTION FOR LEAVE TO**
**FILE REPLY MEMORANDUM**

ON THIS day came to be considered Defendant Perforadora Central, S.A. de C.V.'s Motion for Leave to File Reply Memorandum. The Court, having considered said motion, finds that it should be granted. It is, therefore,

ORDERED that Defendant Perforadora Central, S.A. de C.V.'s Motion for Leave to File Reply Memorandum be and is hereby GRANTED.

DONE AND ENTERED this 13th day of May, 2003.

_____
UNITED STATES DISTRICT JUDGE