UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAY 2 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § § | |
| VS | § § | C.A. NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

<u>ORDER GRANTING MOTION FOR LEAVE TO FILE SURREPLY</u>

Considering the foregoing,

**IT IS HEREBY ORDERED** that the Motion for Leave to File Surreply of plaintiff, Submersible Systems, Inc., be, and is hereby, granted.

This 21st day of May, 2003.

_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

718-01/59519

37