THE HONORABLE, ANDREW S. HANEN, U. S. DISTRICT JUDGE

United States District Court
Southern District of Texas
FILED

MAY 23 2003

Michael N. Milby
Clerk of Court

**INITIAL PRETRIAL CONFERENCE AND SCHEDULING CONFERENCE**

CIVIL ACTION NO. B-03-020        DATE & TIME 5/23/03 @ 1:48-4:00

SUBMERSIBLE SYSTEMS, INC.         PLAINTIFF'S  Michael Bagot, Jr.
                                  COUNSEL      Dennis McElwee
VS

PERFORADORA CENTRAL, S.A. DE C.V.  DEFENDANTS' Keith Uhles
                                   COUNSEL     Ben Schupp & Sergio Alarcon

GOVERNMENT OF THE UNITED MEXICAN    Michael Varner
STATES ("MEXICO")        Amicus

Courtroom Deputy: Irma Soto
Law Clerk:        Patrick Raulerson
Court Reporter:   Barbara Barnard
CSO:

Case is called on the docket. Michael Bagot & Dennis McElwee appeared for Plaintiff. Sergio Alarcon, Keith Uhles, & Ben Schupp appeared for Defendant. Michael Varner here for the United Mexican States.

Court addresses forum non conveniens. After hearing arguments & several issues on choice by law by counsel, the Court will take it under advisement. Attorneys to submit brief in choice of law issue by June 10. Court to make its decision of by the end of June.

Court addresses issue of attorney's fees. Court instructs counsel to indicate issue of attorney's fees in the pretrial order.

Court is adjourned.