40

| AO435 (Rev 1/90) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS | FOR COURT USE ONLY DUE DATE: |
|---|---|---|
| Read Instructions on Back. | TRANSCRIPT ORDER | |

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| KEITH N. UHLES | (956) 542-4377 | MAY 28, 2003 |

| 4. MAILING ADDRESS | 5. CITY | 6. STATE | 7. ZIP CODE |
|---|---|---|---|
| P. O. Box 3509 | Brownsville | TX | 78523-3509 |

| 8. CASE NUMBER | 9. JUDICIAL OFFICIAL | DATES OF PROCEEDINGS | |
|---|---|---|---|
| B-03-020 | | 10. FROM 5/23/03 | 11. TO 5/23/03 |

| 12. CASE NAME | LOCATION OF PROCEEDINGS | | |
|---|---|---|---|
| Submersible Systems, Inc. v. Perforadora Central | 13. CITY Brownsville | 14. STATE TX | |

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [X] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | United States District Court Southern District of Texas FILED JUN 02 2003 Michael N. Milby Clerk of Court | [ ] TESTIMONY (Specify Witness) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDINGS (Spcy) | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [X] OTHER (Specify): Hearing | 5/23/03 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL (Includes Free Copy for the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | [ ] | [ ] | NO. OF COPIES | | |
| EXPEDITED | [X] | [ ] | NO. OF COPIES | 81 | $4.40 per page |
| DAILY | [ ] | [ ] | NO. OF COPIES | | |
| HOURLY | [ ] | [ ] | NO. OF COPIES | | |

CERTIFICATION (18. & 19.)
By signing below, I certify that I will pay all charges (deposit plus additional).

18. SIGNATURE: [signature]
19. DATE: 5/28/03

ESTIMATE TOTAL:
PROCESSED BY:
PHONE NUMBER:

TRANSCRIPT TO BE PREPARED BY: Barbara Barnard

COURT ADDRESS: U.S. District Court, 600 E. Harrison, Box 301, Brownsville, TX 78520

| ORDER RECEIVED | DATE 5/28/03 | BY kt | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | 6/2/03 |
| TRANSCRIPT ORDERED | 5/28/03 | kt | TOTAL CHARGES | |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | 6/2/03 | kt | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | 6/2/03 | kt | TOTAL DUE | 356.40 |

(Previous editions of this form may still be used)   ORIGINAL- COURT COPY   YELLOW- TRANSCRIPTION COPY   GREEN- ORDER RECEIPT   PINK- ORDER COPY