```
                  IN THE UNITED STATES DISTRICT COURT
                       SOUTHERN DISTRICT OF TEXAS
                          BROWNSVILLE DIVISION
                                                    _____
                                                    United States District Court
                                                     Southern District of Texas
                                                              FILED

                                                         JUN 0 2 2003

                                                       Michael N. Milby
                                                        Clerk of Court

                                    )
SUBMERSIBLE SYSTEMS, INC.           )
                                    )
                                    ) CIVIL ACTION NO.
VS.                                 ) B-03-020
                                    )
PERFORADORA CENTRAL, S.A. DE C.V.   )
                                    )


                          MOTION HEARING
              BEFORE THE HONORABLE ANDREW S. HANEN
                           MAY 23, 2003

APPEARANCES:

For the Plaintiff:
                          MICHAEL H. BAGOT, JR.
                          Wagner & Bagot
                          Poydras Center, Suite 2660
                          650 Poydras Street
                          New Orleans, Louisiana  70130-6105

For the Plaintiff:
                          DENNIS M. McELWEE
                          Schechter, McElwee & Shaffer, L.L.P.
                          3200 Travis
                          Houston, Texas  77006-3636

For the Defendant:
                          SERGIO J. ALARCON
                          BENJAMIN G. SCHUPP
                          Milling, Benson, Woodward, L.L.P.
                          909 Poydras Street, Suite 2300
                          New Orleans, Louisiana  70112-1010

For the Defendant:        KEITH UHLES
                          Royston, Rayzor, Vickery & Williams
                          55 Cove Circle
                          Brownsville, Texas  78523-3509

For United Mexican States: MICHAEL A. VARNER
                          BROWN SIMS, P.C.
                          1177 West Loop South
                          Houston, Texas  77027-9007
```

ORIGINAL