

MILLING
BENSON
WOODWARD L.L.P.
*Attorneys at Law*

Sergio J. Alarcon
(504) 569-7102
salarcon@millinglaw.com

**MAIL**

United States District Court
Southern District of Texas
RECEIVED
JUN 1 9 2003
Michael N. Milby
Clerk of Court

June 16, 2003

United States District Court
Southern District of Texas
FILED
JUN 1 9 2003
Michael N. Milby
Clerk of Court

Ms. Irma Soto, Case Manager
United District Court
600 East Harrison, Suite 101
Brownsville, Texas 78520-7114

    Re:    *Submersible Systems, Inc. v. Perforadora Central, S.A. de C.V.*
            *U.S.D.C., Southern District of Texas, Brownsville Division*
            *C.A. No. B-03-020*

Dear Ms. Soto:

    On Tuesday, April 29, 2003, in the Joint Discovery/Case Management Plan, the parties in the above referenced matter agreed to exchange formal Rule 26(a) disclosures by June 15, 2003. By mutual agreement, both plaintiff and defendant would like to extend the deadline for Rule 26(a) disclosures until and including June 30, 2003.

    Please let us know if the Court will require a formal amendment by the parties, to the Joint Discovery/Case Management Plan.

                             Very truly yours,

                             Sergio J. Alarcon

SJA/lpm

cc:    Michael H. Bagot, Jr. (via fax)
       Peter J. Myer, Esq. (via fax)
       Keith N. Uhles, Esq. (via fax)
       Richard A. Stanford, Esq. (via fax)
       Michael A. Varner, Esq. (via fax)
       Matthew D. Shaffer, Esq. (via fax)

*New Orleans* • 909 Poydras Street, Suite 2300 • New Orleans, Louisiana 70112 • (504)569-7000 • Fax (504)569-7001
*Lafayette* • 101 LaRue France, Suite 200 • Lafayette, Louisiana 70508 • (337)232-3929 • Fax (337)233-4957
*Baton Rouge* •214 Third Street, Suite 2B • Baton Rouge, Louisiana 70801 • (225)291-7300 • Fax (225)291-4524