UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 0 3 2003

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. B-03-020 |
| | * | |
| PERFORADORA CENTRAL, S.A. de C.V. | * | RULE 9(h) ADMIRALTY |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SERVICE OF PLEADING

TO ALL COUNSEL OF RECORD:

NOW COMES the undersigned counsel of record for the Defendant, Perforadora Central, S.A. de C.V., and hereby gives notice to the Court that the following discovery pleading has been mailed to all counsel of record:

1) Defendant Perforadora Central, S.A. de C.V.'s Pre-Discovery Disclosure, pursuant to Rule 26 of the Federal Rules of Civil Procedure.

Further, notice is hereby given that the original of this pleading is being retained in our files.

OF COUNSEL:

MILLING BENSON WOODWARD L.L.P.

Respectfully submitted,

_____
JAMES K. IRVIN (#7166)
BENJAMIN O. SCHUPP (#21074)
SERGIO J. ALARCON (#24740)
909 Poydras Street, Suite 2300
New Orleans, LA 70112-1010
Telephone: (504) 569-7000
Facsimile: (504) 569-7001

1

| | |
|---|---|
| ROYSTON RAYZOR VICKERY <br> & WILLIAMS L.L.P. | KEITH UHLES (Tex Bar No. 20371100) <br> (S.D. Tex. No. 1936) <br> 55 Cove Circle <br> Brownsville, TX 78523-3509 <br> Telephone: (956) 542-4377 <br> Facsimile: (956) 542-4370 |

*Attorneys for Perforadora Central S.A. de C.V.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the above and foregoing pleading has been served upon all counsel of record by hand delivery, facsimile or depositing same, postage prepaid and properly addressed, in the United States mail, this 2nd day of July, 2003.

*[signature]*

303434