50



United States District Court
Southern District of Texas
FILED

JUL 0 3 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § | |
| | § | |
| VS | § | C.A. NO.  B-03-020 |
| | § | |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

## UNOPPOSED MOTION FOR LEAVE TO FILE
## RESPONSE OF SUBMERSIBLE TO
## PEFORADORA'S REPLY TO SUBMERSIBLE'S RESPONSE TO
## BRIEF OF  AMICUS CURIAE AND TO
## THE GOVERNMENT OF MEXICO'S REPLY BRIEF

Plaintiff. Submersible Systems, Inc. ("Submersible"). requests leave to file the attached

Response to Perforadora's Reply to Submersible's Response to Brief of Amicus curiae and to the

Government of Mexico.  Counsel for Perforadora Central. S.A. de C.V. and the Government of

Mexico do not object to this motion.

MICHAEL H. BAGOT, JR.. Attorney - In - Charge
Tex. Bar No. 1512520 (S.D. Tex. No. 13474)
THOMAS A. RAYER. JR.
La. Bar. No. 20581
**WAGNER & BAGOT, L.L.P.**
Poydras Center. Suite 2660
650 Poydras Street
New Orleans. Louisiana  70130-6105
Telephone:  (504) 525-2141
Facsimile:  (504) 523-1587

1

AND

ARTHUR L. SCHECTER
Tex. Bar No. 17735000 (S.D. Tex. No. 1454)
MATTHEW D. SHAFFER
Tex. Bar No. 18085600  (S.D. Tex No. 8877)
DENNIS M. MCELWEE
Tex. Bar No. 13587820 (S.D. Tex. No.7490 )
**SCHECHTER, MCELWEE &**
        **SHAFFER, L.L.P.**
3200 Travis
Houston, Texas 77006
Telephone:  (713) 524-3500

**Counsel for Submersible Systems, Inc.**

## CERTIFICATE OF SERVICE

I hereby certify that on this **2d** day of July, 2003, a copy of the above and foregoing pleading has been sent to all counsel of record in this action, by telefax or by U.S. mail.

## CERTIFICATE OF CONSULTATION

Opposing counsel were consulted on June 27, 2003 and July 2, 2003 and are <u>not</u> opposed to this motion.  It is therefore, UNOPPOSED.

2

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § | |
| | § | |
| VS | § | C.A. NO.  B-03-020 |
| | § | |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

### ORDER GRANTING MOTION FOR LEAVE TO FILE RESPONSE OF SUBMERSIBLE TO PEFORADORA'S REPLY TO SUBMERSIBLE'S RESPONSE TO BRIEF OF  AMICUS CURIAE AND TO THE GOVERNMENT OF MEXICO'S REPLY BRIEF

Considering the foregoing.

**IT IS HEREBY ORDERED** that the Motion for Leave to File Response to Perforadora's Reply to Submersible's Response to Brief of Amicus curiae and to the Government of Mexico of plaintiff. Submersible Systems. Inc.. be. and is hereby. granted.

This _____ day of July. 2003.


_____
HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

718-01/60331

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § | |
| | § | |
| VS | § | C.A. NO.  B-03-020 |
| | § | |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

RESPONSE OF SUBMERSIBLE TO
PEFORADORA'S REPLY TO SUBMERSIBLE'S RESPONSE TO
BRIEF OF  AMICUS CURIAE AND TO
THE GOVERNMENT OF MEXICO'S REPLY BRIEF

MAY IT PLEASE THE COURT:

Submersible Systems, Inc. ("Submersible"). stands by the statements it made in its previous pleadings regarding choice of law and *forum non conveniens*.  However, it submits this last pleading to respond to statements made by Perforadora Central. S.A. de C.V. ("Perforadora") and the Government of Mexico ("Mexico"). in replying to Submersible's response to Amicus Curiae Brief of the Mexican Government.

1.    Although Perforadora itself has apparently stopped contesting that its prior suits and filings in the U.S. are significant in analyzing the choice of law and *forum non conveniens* issues. Mexico. an alleged neutral party. attempts to justify the corporate

1

policies of Perforadora. Clearly, Mexico has no basis to defend the actions of Perforadora and no reason to do so. The Court should ignore its comments. To the extent, however, that the Court entertains those comments, the undisputed proof in the case is that Perforadora alleged that U.S. admiralty jurisdiction existed for torts which occurred solely in Mexican territorial waters and, further, sought remedies available only under U.S. substantive admiralty law. See Submersible's Surreply to Perforadora's Reply Memorandum and Exhibit "N" thereto.

2.    Mexico attempts to make the issue of comity an all encompassing defense to this action, when there is, under the U.S. courts' interpretation of "comity," no material dispute between U.S. and Mexican law on two key issues - both countries condemn conversion and piracy and both countries allow the recovery of loss of earnings or loss of use (although the evidence which supports same differs). Under the circumstances, with the possible exception of punitive damages, neither Perforadora nor Mexico has raised an issue that implicates a *Lauritzen/Rhoditis* choice of law analysis.

3.    The Declaration of Enrique Garza submitted with Submersible's Response to Motion to Dismiss on Ground of *Forum Non Conveniens* on April 22, 2003 remains unrefuted. Hence, there is no dispute that it would be much less costly and time consuming to litigate this matter in the United States than in Mexico.

2

**WHEREFORE,** for the foregoing reasons and for the reasons given in its earlier pleadings, Submersible Systems, Inc., prays that this Court deny Perforadora's Motion to Dismiss on Ground of *Forum Non Conveniens* and apply U.S. law to all issues in this case.

Respectfully submitted,

MICHAEL H. BAGOT, JR., Attorney - In - Charge
Tex. Bar No. 1512520 (S.D. Tex. No. 13474)
THOMAS A. RAYER, JR.
La. Bar. No. 20581
**WAGNER & BAGOT, L.L.P.**
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana  70130-6105
Telephone:  (504) 525-2141
Facsimile:  (504) 523-1587

AND

ARTHUR L. SCHECTER
Tex. Bar No. 17735000 (S.D. Tex. No. 1454)
MATTHEW D. SHAFFER
Tex. Bar No. 18085600  (S.D. Tex No. 8877)
DENNIS M. MCELWEE
Tex. Bar No. 13587820 (S.D. Tex. No.7490 )
**SCHECHTER, MCELWEE &**
**SHAFFER, L.L.P.**
3200 Travis
Houston, Texas 77006
Telephone:  (713) 524-3500
**Counsel for Submersible Systems, Inc.**

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 2 day of July, 2003, a copy of the above and foregoing pleading has been sent to all counsel of record in this action, by telefax or by hand.

718-01-60318

4