United States District Court
Southern District of Texas
FILED

JUL 1 1 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. B-03-020 |
| | * | |
| PERFORADORA CENTRAL, S.A. de C.V. | * | RULE 9(h) ADMIRALTY |
| | * | |

## JOINT MOTION FOR ORDER APPOINTING SUBSTITUTE CUSTODIAN

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff, **Submersible Systems, Inc.** and Defendant, **Perforadora Central, S.A. de C.V.**, who apply to this Honorable Court for an order appointing Defendant Perforadora Central as substitute custodian for the jack up rig TONALA, replacing Mr. Billy Kenon as substitute custodian, and providing that the substitution of constructive custody shall occur immediately upon the signing of the accompanying Order. The basis for parties' application is as follows:

1. On January 21, 2003, plaintiff had the U.S. Marshal arrest the TONALA under construction at the Amfels Shipyard in Brownsville, Texas, as security for plaintiff's demands and claims against defendant and to obtain jurisdiction over defendant. Also on that date, constructive custody of the TONALA was transferred to Mr. Billy Kenon, Port Isabell, Texas to act as substitute custodian, in place and instead of the U.S. Marshal.

2. The TONALA remains under construction at the Amfels Shipyard in Brownsville, Texas, is not currently capable of navigation or movement from the shipyard and will not be moved or completed before a date in 2004.

3. The quoted charges for the services of Mr. Billy Kenon are very high in comparison with the duties and responsibilities undertaken to maintain the TONALA under constructive possession.

50593:1065566.1:071103

4. Plaintiff and defendant have agreed to a mutually acceptable compromise of all claims in this case and to the release of the TONALA contingent upon satisfaction of the terms of the settlement. As one of the terms of the settlement, the parties have agreed to the relief requested herein, in order to limit expenses associated with constructive *custodia legis*.

5. Defendant Perforadora Central will assume duties by Order of this Court for safekeeping of the vessel, at no further charge, until the terms of settlement are satisfied and the vessel is released by further Order of this Court.

6. Perforadora Central is familiar with the nature of the vessel and the construction project, has been supervising same since before the initiation of this action and arrest of the vessel and during constructive custody, and it will continue to do so until the vessel's completion in 2004.

7. Defendant, in consideration of the United States Marshal's consent to a continuation of substitution of custody, agrees to release the United States and the United States Marshal Service and Mr. Billy Kenon from any and all liability and responsibility arising out of the care, custody and control of the TONALA by defendant Perforadora Central from the date of the signing of the accompanying Order through the date of the vessel's release, and defendant further agrees to hold the United States, the United States Marshal Service and Mr. Billy Kenon harmless and to indemnify the United States, the United States Marshal Service and Mr. Billy Kenon from any and all claims arising out of defendant Perforadora Central's possession and safekeeping of the TONALA from the date of the signing of the accompanying Order through the date of the vessel's release.

WHEREFORE, plaintiff and defendant ask the Court for an order as follows:

1. Appointing defendant Perforadora Central as substitute custodian, to retain the TONALA in its custody and possession at the Amfels Shipyard in Brownsville, Texas;

2. Authorizing and directing the defendant Perforadora Central to assume responsibilities as substitute custodian, to relieve Mr. Billy Kenon from custodial duties, and to take constructive possession of the TONALA where she is located at the Amfels Shipyard in Brownsville, Texas;

3. Directing Mr. Billy Kenon, to surrender constructive possession of the TONALA to Perforadora Central. This transfer of constructive possession shall take place immediately upon the signing of the accompanying Order, and Perforadora Central need not perform an inventory of the vessel;

4. Discharging Mr. Billy Kenon from his duties and responsibility for the safekeeping of the vessel after arrest and holding him harmless from any and all claims of whatever nature arising out of the substitute possession;

5. Specifying, pursuant to this Court's January 21, 2003 Order, that reasonable expenditures incurred by the U.S. Marshal and the substitute custodian from the date of arrest until the date of release shall be administrative expenses in this action, said expenses, if any, to be approved by application to this Court; and

6. Directing defendant's attorney to serve a copy of this application and order upon all counsel of record and Mr. Billy Kenon or his agents.

DATED this 11th day of July, 2003.

OF COUNSEL:

ROYSTON RAYZOR VICKERY
& WILLIAMS L.L.P.

Respectfully submitted,

_____
KEITH UHLES (Tex Bar No. 20371100)
(S.D. Tex. No. 1936)
55 Cove Circle
Brownsville, TX 78523-3509
Telephone: (956) 542-4377
Facsimile: (956) 542-4370

AND

| | |
|---|---|
| MILLING BENSON WOODWARD L.L.P. | JAMES K. IRVIN (#7166)<br>BENJAMIN O. SCHUPP (#21074)<br>SERGIO J. ALARCON (#24740)<br>909 Poydras Street, Suite 2300<br>New Orleans, LA 70112-1010<br>Telephone: (504) 569-7000<br>Facsimile: (504) 569-7001<br><br>*Counsel for Perforadora Central S.A. de C.V.* |
| WAGNER & BAGOT, L.L.P. | *Michael H Bagot Jr. by permission* recieves<br>MICHAEL H. BAGOT, JR. Attorney-In-Charge by<br>Tex. Bar No. 1512520 (S.D. Tex No. 13474)<br>THOMAS A. RAYER, JR. (La. #20581) email<br>Poydras Center, Suite 2660   7-10-03<br>650 Poydras Street<br>New Orleans, Louisiana 70130-6105<br>Telephone: (504) 525-2141<br>Facsimile: (504) 523-1587<br><br>AND |
| SCHECHTER, MCELWEE & SHAFFER, L.L.P. | ARTHUR L. SHAFFER<br>Tex. Bar No. 17735000 (S.D. Tex. No. 1454)<br>MATTHEW D. SHAFFER<br>Tex. Bar No. 18085600 (S.D. Tex. No. 8877)<br>DENNIS M. MCELWEE<br>Tex. Bar No. 13587820 (S.D. Tex. No. 7490)<br>3200 Travis<br>Houston, Texas 77006<br>Telephone: (713) 524-3500<br><br>*Counsel for Submersible Systems, Inc.* |

wp303900