United States District Court
Southern District of Texas
ENTERED

JUL 1 1 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. B-03-020 |
| | * | |
| PERFORADORA CENTRAL, S.A. de C.V. | * | RULE 9(h) ADMIRALTY |
| | * | |

## ORDER APPOINTING SUBSTITUTE CUSTODIAN

Based on the joint motion of plaintiff and defendant,

IT IS **ORDERED**:

That defendant Perforadora Central is appointed as custodian of the vessel, to retain the same in its custody and possession for safekeeping at Brownsville, Texas, until further order of this Court;

That defendant Perforadora Central will assume duties by Order of this Court for safekeeping of the vessel and at no further charge until the terms of settlement are satisfied and the vessel is released by further Order of this Court;

That defendant Perforadora Central is authorized to assume responsibilities as substitute custodian and to relieve Mr. Billy Kenon from custodial duties and to take possession of the TONALA;

That Mr. Billy Kenon is directed to surrender constructive possession of the Jack Up Rig TONALA at the Amfels' Shipyard in Brownsville, Texas, to the substitute custodian, Perforadora Central. This transfer of constructive possession shall take place immediately upon the signing of this Order; and

That upon the surrender of the constructive possession of the vessel, Mr. Billy Kenon shall be discharged from his duties and responsibility for the safekeeping of the vessel and shall be held

50593:1065567.1:071103

harmless from any and all claims arising of whatever nature out of the substitute possession and safekeeping of the vessel;

IT IS FURTHER **ORDERED** that defendant's attorney is directed to serve a copy of this application and order upon all counsel of record and Mr. Billy Kenon or his agents.

**DONE AND ENTERED** this _11th_ day of _July_, 2003 at Brownsville, Texas.

THE **HONORABLE** ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

Prepared and Presented By:

OF COUNSEL:

ROYSTON RAYZOR VICKERY
& WILLIAMS L.L.P.

_____
KEITH UHLES (Tex Bar No. 20371100)
(S.D. Tex. No. 1936)
55 Cove Circle
Brownsville, TX 78523-3509
Telephone:  (956) 542-4377
Facsimile:  (956) 542-4370

AND

MILLING BENSON WOODWARD, L.L.P.
JAMES K. IRVIN (#7166)
BENJAMIN O. SCHUPP (#21074)
SERGIO J. ALARCON (#24740)
Milling Benson Woodard, L.L.P.
909 Poydras Street - Suite 2300
New Orleans, Louisiana 70112
Telephone: (504) 569-7000
Fax:          (504) 569-7001

*Counsel for*
*Perforadora Central, S.A. de C.V.*

Approved Without Objection By:

OF COUNSEL:

WAGNER & BAGOT, L.L.P.

_____
MICHAEL H. BAGOT, JR.
Tex. Bar No. 1512520 (S.D. Tex No. 13474)
THOMAS A. RAYER, JR. (La. #20581)
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana 70130-6105
Telephone: (504) 525-2141
Facsimile: (504) 523-1587

AND

SCHECHTER, MCELWEE & SHAFFER, LLP
ARTHUR L. SHAFFER
Tex. Bar No. 17735000 (S.D. Tex. No. 1454)
MATTHEW D. SHAFFER
Tex. Bar No. 18085600 (S.D. Tex. No. 8877)
DENNIS M. MCELWEE
Tex. Bar No. 13587820 (S.D. Tex. No. 7490)
3200 Travis
Houston, Texas 77006
Telephone: (713) 524-3500

*Counsel for Submersible Systems, Inc.*