United States District Court
Southern District of Texas
ENTERED

JUL 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | § § § | |
| VS. | § § § | C.A. NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. | § | RULE 9(h) ADMIRALTY |

## AGREED CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that an amicable settlement has been reached in this action, copies of which will be filed under seal with the court when the final documents are executed, it is

ORDERED that this case be DISMISSED without costs and without prejudice to the right, upon good cause shown, of either party to reinstate the action or to seek summary judgment enforcing the settlement agreement if that agreement is not consummated in accordance with its terms within sixty (60) days. It is further

ORDERED that an agreed final judgment should be submitted to the court within sixty (60) days. Next, it is

ORDERED that all motions currently pending are DENIED WITHOUT PREJUDICE. Any movant seeking to resubmit or reurge those motions must do so with ten (10) days from the date of reinstatement. Finally, it is

ORDERED that the court retains jurisdiction to enter a final judgment and to enforce the parties' obligations under the settlement agreement which is the basis of this order of dismissal.

SIGNED at Brownsville, Texas on this \_\_\_15th\_\_\_ day of \_\_\_July\_\_\_, 2003.

_____
Andrew S. Hanen
United States District Judge