55

United States District Court
Southern District of Texas
FILED

SEP 1 1 2003

Michael N. Milby
Clerk of Court

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF TEXAS

### BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

SEP 1 6 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | |
| VS. | * | C.A. NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. | * | RULE 9(h) ADMIRALTY |

## EXTENSION TO AGREED CONDITIONAL ORDER OF DISMISSAL

The Court, having been advised by counsel for the parties that an additional thirty (30) days is needed to finalize details of the previously reached settlement, to prepare settlement documents and to file the settlement documents under seal with the Court,

**IT IS ORDERED** that the Agreed Conditional Order of Dismissal signed by the Court on July 15, 2003 is hereby EXTENDED for thirty (30) days.

**IT IS FURTHER ORDERED** that an agreed final judgment, along with all executed settlement documents should be submitted to the Court by October 15, 2003.

1

**IT IS ORDERED** that all other terms of the Agreed Conditional Order of Dismissal signed by the Court on July 15, 2003 remain in effect throughout the duration of the conditional dismissal.

Signed at Brownsville, Texas on this ___15___ day of September, 2003.

_____
**ANDREW S. HANEN**
**UNITED STATES DISTRICT JUDGE**

**REVIEWED AND AGREED TO BY:**

_____
MICHAEL H. BAGOT, JR.,
Attorney - In - Charge
Tex. Bar No. 1512520 (S.D. Tex. No. 13474)
THOMAS A. RAYER, JR.
(La. Bar No. 20581)
**WAGNER & BAGOT, L.L.P.**
Poydras Center, Suite 2660
650 Poydras Street
New Orleans, Louisiana 70130-6105
Telephone: (504) 525-2141


ARTHUR L. SCHECTER
Tex. Bar No. 17735000 (S.D. Tex. No. 1454)
MATTHEW D. SHAFFER
Tex. Bar No. 18085600 (S.D. Tex No. 8877)
DENNIS M. MCELWEE
Tex. Bar No. 13587820 (S.D. Tex. No.7490 )
**SCHECHTER, MCELWEE &**
**    SHAFFER, L.L.P.**
3200 Travis
Houston, Texas 77006
Telephone: (713) 524-3500
**ATTORNEYS FOR SUBMERSIBLE**
**SYSTEMS, INC.**

**PREPARED AND SUBMITTED BY:**

_____
BENJAMIN O. SCHUPP (LA #21074)
SERGIO J. ALARCON   (LA #24740)
**McGLINCHEY STAFFORD PLLC**
643 Magazine Street
New Orleans, LA 70130-3477
Phone:   (504) 586-1200
Fax:      (504) 596-2800


KEITH UHLES
(TX #20371100) (S.D. TX #1936)
**ROYSTON, RAYZOR, VICKERY &**
**WILLIAMS L.L.P.**
55 Cove Circle
Brownsville, Texas 78523-3509
Phone:   (956) 542-4377

**ATTORNEYS FOR PERFORADORA**
**CENTRAL, S.A. DE C.V.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above and foregoing has been served upon all known counsel of record by placing a copy of same in the United States Mail, postage pre-paid and properly addressed this 10th day of September, 2003.

SERGIO J. ALARCON