United States District Court
Southern District of Texas
FILED

OCT 2 0 2003

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION NO. B-03-020 |
| Vs. | * | RULE 9(h) ADMIRALTY |
| PERFORADORA CENTRAL S.A. de C.V. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### JOINT MOTION TO DISMISS WITH PREJUDICE
### AND TO RELEASE PROPERTY UNDER ATTACHMENT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Submersible Systems, Inc., Defendant Perforadora Central, S.A. de C.V. and Intervenor Billy Kenon, to inform this Court that all of Plaintiff's claims against Defendant and all of Intervenor's claims have been fully compromised, pursuant to the terms contained in the two Receipt, Release and Settlement Agreements executed by the parties and submitted herewith under seal; and to move that this Honorable Court enter the Agreed Final Judgment dismissing all claims of Plaintiff Submersible Systems, Inc. against Defendant Perforadora Central, S.A. de C.V. and all claims of Intervenor Billy Kenon, with prejudice, each party to bear its own costs, and releasing all property of Defendant Perforadora Central, S.A. de C.V., previously under attachment pursuant to the Court's January 21, 2003 Order Granting Writs of Attachment and Garnishment and Warrant to Seize a Vessel.

_/s/ Michael Bagot_
MICHAEL H. BAGOT, JR. (LA #2665)
THOMAS A. RAYER, JR. (LA #20581)
Wagner & Bagot, L.L.P.
Suite 2660 – 650 Poydras Street
New Orleans, LA 70130-6105
Phone: (504) 525-2141
Fax:    (504) 523-1587

ARTHUR L. SHAFFER (TX #17735000)
                    (S.D. TX #1454)
MATTHEW D. SHAFFER (TX #18085600)
                    (SD. TX #8877)
DENNIS M. McELWEE (TX #13587820)
                    S.D. Tex. #7490)
Schechter, McElwee & Shaffer, LLP
3200 Travis
Houston, Texas 77006
Phone: (713) 524-3500
**ATTORNEYS FOR PLAINTIFF**

_/s/ Sergio J. Alarcon_
BENJAMIN O. SCHUPP (LA #21074)
SERGIO J. ALARCON (LA #24740)
McGlinchey Stafford PLLC
643 Magazine Street
New Orleans, LA 70130-3477
Phone: (504) 586-1200
Fax:    (504) 596-2800

KEITH UHLES          (TX #20371100)
                    (S.D. TX #1936)
Royston, Rayzor, Vickery & Williams L.L.P.
55 Cove Circle
Brownsville, TX 78523-3509
Phone: (956) 542-4377
**ATTORNEYS FOR DEFENDANT**

_/s/ Dennis Sanchez_
DENNIS SANCHEZ (TX #17569600)
Sanchez Whittington, Janis & Zabarta, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284
**ATTORNEY FOR INTERVENOR**

426847

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION NO. B-03-020 |
| Vs. | * | RULE 9(h) ADMIRALTY |
| PERFORADORA CENTRAL S.A. de C.V. | * | |

* * * * * * * * * * * * * *

### AGREED FINAL JUDGMENT

Considering the foregoing Joint Motion to Dismiss and to Release Property Under Attachment;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that all claims asserted by Plaintiff Submersible Systems, Inc. against Defendant Perforadora Central, S.A. de C.V. and all claims asserted by Intervenor Billy Kenon, be and the same are hereby dismissed with prejudice, each party to bear its own costs. This court will retain jurisdiction to enforce the terms of the parties' sealed compromise agreements. [ASH]

**IT IS FURTHER ORDERED,** that all property of the Defendant Perforadora Central, S.A. de C.V. previously under attachment pursuant to the Court's January 21, 2003 Order Granting Writs of Maritime Attachment and Garnishment and Warrant to Seize a Vessel, is hereby released.

**IT IS FURTHER ORDERED,** that the U.S. Marshal take all necessary steps to release all property of Defendant Perforadora Central, S.A. de C.V. previously under attachment pursuant to the Court's January 21, 2003 Order Granting Writs of Maritime Attachment and Garnishment and Warrant to Seize a Vesel, and return to Plaintiff Submersible Systems, Inc. all funds on deposit with the U.S. Marshal that have not been expended.

Signed at Brownsville, Texas on this 21st day of October, 2003.

_____
ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE

426847