UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | ) | CIVIL ACTION |
| V. | ) | NO. B-03-020 |
| PERFORADORA CENTRAL, S.A. de C.V. | ) | RULE 9(h) ADMIRALTY |

### ORDER PERMITTING INTERVENTION

ON THE 21st day of October, 2003 came on to be considered the Motion of Mr. Bill Kenon, applicant for intervention, and it being shown to the satisfaction of the Court that such motion should be approved. It is therefore

ORDERED, that the Motion to Intervene filed by MR. BILL KENON be and is hereby GRANTED, and it is further

ORDERED that the Complaint In Intervention and Application For Payment of Custodial Fees is hereby ORDERED and DEEMED to be filed.

DONE and entered at Brownsville, Texas this 21st day of October, 2003.

_____
THE HONORABLE ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE