UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

OCT 2 2 2003

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| SUBMERSIBLE SYSTEMS, INC. | * | CIVIL ACTION NO. B-03-020 |
| Vs. | * | RULE 9(h) ADMIRALTY |
| PERFORADORA CENTRAL S.A. de C.V. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AGREED FINAL JUDGMENT

Considering the foregoing Joint Motion to Dismiss and to Release Property Under Attachment;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that all claims asserted by Plaintiff Submersible Systems, Inc. against Defendant Perforadora Central, S.A. de C.V. and all claims asserted by Intervenor Billy Kenon, be and the same are hereby dismissed with prejudice, each party to bear its own costs. *This court will retain jurisdiction to enforce the terms of the parties' sealed compromise agreements. (ASH)*

IT IS FURTHER ORDERED, that all property of the Defendant Perforadora Central, S.A. de C.V. previously under attachment pursuant to the Court's January 21, 2003 Order Granting Writs of Maritime Attachment and Garnishment and Warrant to Seize a Vessel, is hereby released.

IT IS FURTHER ORDERED, that the U.S. Marshal take all necessary steps to release all property of Defendant Perforadora Central, S.A. de C.V. previously under attachment pursuant to the Court's January 21, 2003 Order Granting Writs of Maritime Attachment and Garnishment and Warrant to Seize a Vesel, and return to Plaintiff Submersible Systems, Inc. all funds on deposit with the U.S. Marshal that have not been expended.

Signed at Brownsville, Texas on this 21st day of October, 2003.


ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE


426847