

United States District **Court**
Southern District of **Texas**
FILED

OCT 2 1 2003

**Michael N. Milby**
**Clerk of Court**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

**ANDREW S. HANEN**
U.S. DISTRICT JUDGE

600 E. HARRISON STREET, #301
BROWNSVILLE, TEXAS 78520-7114
TEL: (956) 548-2591
FAX: (956) 548-2612

October 21, 2003

**Via-Facsimile**
Mr. Jim Hunter
Mr. Keith Uhles
Royston, Rayzor, Vickery & Williams, L.L.P.
55 Cove Circle
Brownsville, TX 78523

**Via-Facsimile**
Mr. Dennis Sanchez
Sanchez, Whittington, Janis & Zabarte, L.L.P.
100 North Expressway 83
Brownsville, Texas 78521-2284

**Via-Facsimile**
Mr. Michael H. Bagot, Jr.
Mr. Thomas A. Rayer, Jr.
Wagner & Bagot, L.L.P.
Poydras Center, Ste. 2660
650 Poydras Street
New Orleans, LA 70130

**Via-Facsimile**
Mr. Arthur L. Schecter
Mr. Matthew D. Shaffer
Mr. Dennis M. McElwee
Schechter, McElwee & Shaffer, L.L.P.
3200 Travis
Houston, Texas 77006

**Via-Facsimile &**
**Via-Regular Mail** (w/Enclosures)
Mr. James K. Irvin
Mr. Benjamin O. Schupp
Mr. Sergio J. Alarcon -
Milling, Benson, Woodward, L.L.P.
909 Poydras Street, Ste. 2300
New Orleans, LA 70112

    Re:    B-03-020; *Submersible Systems v. Perforadora Centra, SA de CV*

Dear Counselors:

    I have reviewed the settlement documents and have re-sealed the settlement papers pursuant to your agreement. I see no necessity to actually have the settlement documents filed of record and am returning same to Mr. Alarcon. If anyone objects to this procedure, please do so in the next ten days. Pursuant to the agreement of counsel, I also have granted the Motion to Dismiss. Prior to

October 21, 2003
Page 2

doing so, I granted the Motion to Intervene. Copies of both signed orders are attached for your convenience. This Court considers this matter finally closed. This Court has retained jurisdiction to enforce the settlement agreement, should that prove necessary.

                                              Yours truly,

                                              Andrew S. Hanen
                                              United States District Judge

AH:ag